CO-386
10/2018

# United States District Court
# For the District of Columbia

AMERICAN ALLIANCE FOR EQUAL RIGHTS,

         Plaintiff, )
)
v. )
)
JORGE ZAMANILLO, in his official capacity as the Director of )
the National Museum of the American Latino; and )
CROSBY KEMPER, in his official capacity as the Director of ) Civil Action No. __1:24-cv-509__
the Institute of Museum and Library Services, )
)
         Defendants. )
)
)

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Cameron T. Norris__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __American Alliance for Equal Rights__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ [signature]_
Signature

D.D.C. No. VA083
BAR IDENTIFICATION NO.

Cameron T. Norris
Print Name

1600 Wilson Blvd
Address

Arlington  Virginia  22209
City    State    Zip Code

(703) 243-9423
Phone Number