# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br>*Plaintiff*,<br><br>v.<br><br>JORGE ZAMANILLO, in his official capacity as the Director of the National Museum of the American Latino; and CROSBY KEMPER, in his official capacity as the Director of the Institute of Museum and Library Services,<br>*Defendants*. | Case No. 1:24-cv-509 |

## DECLARATION OF MEMBER A

I, Member A, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2. I want to apply for the National Museum of the American Latino's undergraduate internship.

3. I am ready and able to apply for the internship during the current application cycle, which opens on February 26, 2024, and closes on April 1, 2024. If a court orders the program to be race neutral, I plan to complete the required application materials, send the required documents, and apply for the internship by the deadline. I would do the same next year too.

4. I meet all the nonracial eligibility requirements. I am over the age of 18. I am an undergraduate student at an accredited university in the Midwest. I am authorized

1

to work in the United States. And I am interested in exploring the Museum and all the other attractions that the Smithsonian has to offer.

5. I think I'm a competitive internship candidate. I am a teaching assistant in several upper-level college classes. I have held multiple leadership roles on campus, including as president of a student organization. I have presented at international conferences and received international awards for my writing and speaking. And my undergraduate major is marketing, with a focus on legal studies.

6. I recently completed a digital marking internship, where I managed and curated daily photo and video content across several social-media platforms. I was then hired as a media content creator, a job I do while balancing my studies, extracurriculars, and other opportunities. I would be a good fit for the internship's practicums in, for example, "Smithsonian 3D Viewer User Testing" and "Video Development & Production." *2024 Practicum List*, https://latino.si.edu/sites/default/files/docs/2024-lmsp-undergrad-practicumlist.pdf

7. I am also involved in the arts and have been for most of my life. I enjoy public speaking and presenting. And I am part of my school's ensemble and orchestral programs. I received a scholarship for my musical-performance skills, and I have played at exclusive events.

8. I am interested in the internship for several reasons. I like art, museums, and history. I would enjoy spending time in Washington, D.C. and promoting the Museum. I find the stipend attractive. And I believe that working for the Museum would

2

provide me with a unique professional opportunity that, itself, could help unlock other prestigious professional opportunities. I hope to eventually attend graduate school; I think that a unique opportunity like the internship would bolster my resume and increase my prospects.

9. But I am not Latino. I am racially diverse—my mother is white and my father is black—but I do not, and cannot, identify as Latino. So my application to the internship would not be considered on an equal playing field, if it was considered at all.

10. I am a dues-paying member of the American Alliance for Equal Rights. I became a member because I support its mission and its activities, including this lawsuit.

11. I am signing this declaration under a pseudonym because I fear that the Museum would hold my involvement in this lawsuit against me when selecting interns. I also fear reprisal from classmates, professors, fellow applicants, the media, and the public.

12. Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 22, 2024          _____
                                                Member A