# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN ALLIANCE FOR EQUAL RIGHTS,
*Plaintiff,*

v.

Case No. 1:24-cv-509

JORGE ZAMANILLO, in his official capacity as the Director of the National Museum of the American Latino; and CROSBY KEMPER, in his official capacity as the Director of the Institute of Museum and Library Services,
*Defendants.*

## DECLARATION OF RICHARD GABRIEL ANDERSON

I, Richard Gabriel Anderson, declare as follows:

1.    I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.    I am an associate at Consovoy McCarthy PLLC representing the American Alliance for Equal Rights in this case.

3.    The Alliance seeks a preliminary injunction against Defendants regarding a museum internship. The Alliance offers several exhibits to support that motion.

4.    Exhibit A is a true and correct copy of an article titled "African American Groundbreakers at the Smithsonian: Challenges and Achievements." That article can be found here: Smithsonian Institute Archives, *African American Groundbreakers at the Smithsonian* (archived Feb. 21, 2024), perma.cc/9GH3-D6XN.

5.    Exhibit B is a true and correct copy of a press release by the Smithsonian Institute. The press release can be found here: Smithsonian, *National Museum of the*

1

*American Latino Opens Latino Museum Studies Program for Undergraduate Students Nationwide - Program Aims To Increase Latino Representation in Museum Professions* (March 1, 2023), perma.cc/W9GK-ETKJ.

6.     Exhibit C is a true and correct copy of a webpage on the National Museum of the American Latino's website, titled "Latino Museum Studies Program." That webpage can be found here: *Latino Museum Studies Program* (archived Feb. 21, 2024), perma.cc/CW7K-2H48.

7.     Exhibit D is a true and correct copy of a webpage on the National Museum of the American Latino's website, titled "Latino Museum Studies Program Undergraduate Internship." That webpage can be found here: *Latino Museum Studies Program Undergraduate Internship* (archived Feb. 21, 2024), perma.cc/DN5M-AT6E.

8.     Exhibit E is a true and correct copy of an article, titled "ASU Partners with Smithsonian to Increase Number of Latinx Museum Professionals." The article can be found here: The State Press, *ASU Partners With Smithsonian to Increase Number of Latinx Museum Professionals* (Oct. 31, 2022), perma.cc/N6M7-78RQ.

9.     Exhibit F is a true and correct copy of a description of the Museum internship. The description can be found here: Smithsonian – Office of Internship Programs, *Latino Museum Studies Program Undergraduate Internship* (archived Feb. 21, 2024), perma.cc/AXT7-U5SU.

10.     Exhibit G is a true and correct copy of an article by Smithsonian Insider, titled "Smithsonian Program Fosters New Generation of Latino Museum

Professionals." The article can be found here: Smithsonian Insider, *Smithsonian Program Fosters New Generation of Latino Museum Professionals* (July 27, 2017), perma.cc/KR92-BL5S.

11.    Exhibit H is a true and correct copy of a White House webpage, titled "Paid Fall Internship Application Deadline: Smithsonian's National Museum of the American Latino's Latino Museum Studies Program Undergraduate Internship." The webpage can be found here: White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Hispanics, *Smithsonian's National Museum of the American Latino's Latino Museum Studies Program Undergraduate Internship* (Apr. 7, 2023), perma.cc/5B8A-43GB.

12.    Exhibit I is a true and correct copy of a webpage, titled "Smithsonian Latino Museum Studies Program Undergraduate Internship." The webpage can be found here: FastWeb, *Smithsonian Latino Museum Studies Program Undergraduate Internship* (archived Feb. 16, 2024), perma.cc/GRL9-HUMV.

13.    Exhibit J is a true and correct copy of an article, titled "ASU Starts Partnership with Smithsonian to Get More Latino Representation in Museums." The article can be found here: ABC 15 News, *ASU Starts Partnership with Smithsonian to Get More Latino Representation in Museums* (Oct. 11, 2022), perma.cc/Y5JM-W67G.

14.    Exhibit K is a true and correct copy of a webpage on the National Museum of the American Latino's website, titled "Meet our Undergrad 2023 LMSP

Cohort." The webpage can be found here: *Meet our Undergrad 2023 LMSP Cohort* (archived Feb. 21, 2024), perma.cc/59V7-QLGS.

15.    Exhibit L is a true and correct copy of a LinkedIn post by Sebastian Saavedra. That post can be found here: *LinkedIn Post* (archived Feb. 21, 2024), perma.cc/AXC7-XRFR.

16.    Exhibit M is a true and correct copy of a document, titled "Bridging Knowledges, Technologies, & Cultures in Latin America and the Caribbean." That document can be found here: New England Council of Latin American Studies, *Annual Meeting New England Council of Latin American Studies* (archived Feb. 21, 2024), perma.cc/FFV4-MQAS.

17.    Exhibit N is a true and correct copy of an article, titled "8 ASU Undergrads Headed to DC for Smithsonian's Latino Museum Studies Program." The article can be found here: Arizona State University, *8 ASU undergrads headed to DC for Smithsonian's Latino Museum Studies Program* (archived Feb. 21, 2024), perma.cc/8HHK-Q8GX.

18.    Exhibit O is a true and correct copy of a LinkedIn post by A. Liliana Rocha P. That post can be found here: *LinkedIn Post* (archived Feb. 12, 2024), perma.cc/N6RG-H25L.

19.    Exhibit P is a true and correct copy of an article, titled "NMSU's First Cohort Heads to Smithsonian for Internships." The Article can be found here: Las Cruces Sun News, *NMSU's First Cohort Heads to Smithsonian for Internships* (Sept. 3, 2022), perma.cc/63XX-CGG4.

20.     Exhibit Q is a true and correct copy of a Smithsonian webpage, titled "Internships and Fellowships Frequently Asked Questions." The webpage can be found here: Smithsonian, *Internships and Fellowships Frequently Asked Questions* (archived Feb. 21, 2024), perma.cc/8L5X-ET2R.

21.     Exhibit R is a true and correct copy of an internship application page, titled "Program Specific Information/Requirements," on the Smithsonian Institute's website. The webpage details the National Museum for the American Latino's undergraduate internship requirements. Each page of the exhibit is a separate screenshot; together the three screenshots feature all of the information in the document, titled, "Program Specific Information/Requirements."

22.     Exhibit S is a true and correct copy of a document, titled "Latino Museum Studies Program Undergraduate Internship Application Materials." The document can be found here: Smithsonian, *Latino Museum Studies Program Undergraduate Internship Application Materials* (archived Feb. 22, 2024), perma.cc/26TY-5CUY.

23.     Exhibit T is a true and correct copy of a document from the Equal Opportunity Employment Commission, titled "Prohibited Employment Policies/Practices." The document can be found here: EEOC, *Prohibited Employment Policies/Practices* (archived Feb. 22, 2024), perma.cc/W2HN-9UZT.

24.     Exhibit T is a true and correct copy of a document from the Equal Opportunity Employment Commission, titled "Pre-Employment Inquiries and Race." The

document can be found here: EEOC, *Pre-Employment Inquiries and Race* (archived Feb. 22, 2024), perma.cc/HK8D-QXZ7.

    25.    Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

 Executed on February 22, 2024

                                     */s/ Richard Gabriel Anderson*
                                       Counsel for Plaintiff

# Exhibit A



## Smithsonian Institution Archives

Show Menu

# African American Groundbreakers at the Smithsonian: Challenges and Achievements

From the founding of the Smithsonian in 1846, African Americans have made substantive, but often unacknowledged, contributions to the Smithsonian.  Explore the contributions African American employees at the Smithsonian have made to the Institution and the challenges they have faced.



United States National Museum Labor Force, c. 1890, by Smillie, T. W (Thomas William) 1843-1917, c. 1890, Smithsonian Archives - History Div, 94-9550.

The City of Washington ended the slave trade in 1850 and emancipated slaves in 1862.  Though slave catchers attempted to abduct fugitives from slavery on the streets of the nation's capital through much of the Civil War, the District of Columbia soon became one of the safer sites for African Americans to live. Government jobs provided stable employment, as

did the new Smithsonian. For African Americans interested in science, the arts, history and culture, the Smithsonian provided unique and interesting employment opportunities where they could learn and grow—within limits. African Americans have always worked for the Smithsonian's security and facilities departments, ensuring the safety of the staff and collections, but by the late 19th century some were able to move into positions where they worked with collections, administration, and research. From the first African American employee, Solomon G. Brown, to the founding director of the new National Museum of African American History and Culture (NMAAHC), Lonnie Bunch, African Americans have had to break barriers but also found fulfilling opportunities working for what is now the largest museum and research complex in the world. In the early 20th century, African Americans interested in intellectual pursuits were able to build careers as museum aids, working with collections, assisting researchers, and sometimes cultivating sympathetic white mentors. These included Solomon Brown, who was hired in 1850 and worked closely with two Smithsonian Secretaries before his retirement in 1906. And, in the 1920s, the Smithsonian hired Barry Hampton as a museum aid, Harry Harden as a taxidermist, and Glenn Martin as a gallery aid in the National Museum.



First EEO Awards Ceremony, by Unknown, 1975, Smithsonian Archives – History Div, 75-2929-20A.

However, it was not until after the Civil Rights movement of the 1960s that African American employees were able to secure professional positions and advance their careers on their own merits. The Smithsonian's museums have always been open to anyone who wished to visit. But, it was not until the promotion of these African American museum professionals that the African American experience began to appear regularly in museum exhibits. Even then, progress was slow and resistance was often encountered.

2/22/24, 11:24 AM

Case 1:24-cv-00509-JMC   Document 3   Filed 02/22/24   Page 10 of 107

African Americans: Building the Smithsonian Institution Began: Challenges and Achievements | Smithsonian Institution Archives

Beginning with the 1967 creation of the Anacostia Museum that focused on local African American history with John Kinard as its director, African Americans began to play an increasingly significant role in the direction of the Smithsonian.  In 1972, Leon Higginbotham was appointed to the Smithsonian Board of Regents, and in 1974 Julian Euell became Assistant Secretary for Public Service.  By 1980 the National Air and Space Museum appointed Louis Purnell as the first African American curator at SI.  In 2003, the National Museum of African American History and Culture was created with Lonnie Bunch as founding director.

With the opening of NMAAHC in 2016, the Smithsonian will be a center of research and education about the role of African Americans in US history. Learn about some of the African Americans who helped build the Smithsonian and make it what it is today.



The National Museum of African American History and Culture during construction, March 2016

# Exhibit B

# National Museum of the American Latino Opens Latino Museum Studies Program for Undergraduate Students Nationwide

*Program Aims To Increase Latino Representation in Museum Professions*

March 1, 2023 • News Release

Español



**Media Only**
David Coronado
202-633-9004
coronadod@si.edu

The Smithsonian's National Museum of the American Latino will open the Latino Museum Studies Program Undergraduate Internship March 2 to eligible undergraduate students enrolled at any accredited

Newsdesk

**News Releases**

Media Contacts

Photos and Video

Media Kits

Fact Sheets

Visitor Stats

Secretary and Admin Bios

Filming Requests

Search News

# Media Events

**Individual Media Tours for the Exhibition "Imagined Neighbors:**

Gabriela Samá
786-610-4571
samag2@si.edu

National Museum
of the American
Latino

Education News

university across the U.S. The museum will accept applications through April 7 for the fall 2023 program, which seeks to boost the representation of Latinos in the museum field and is designed to increase access to museum career pathways for undergraduate students with an interest in pursuing museum work.

"The Latino Museum Studies Program is designed to prepare the next generation of Latino museum leaders with the skills, insights and networks they need to succeed," said Deputy Director Eduardo Díaz. "We appreciate the support of our partner institutions and the Mellon Foundation in helping build a diverse museum workforce."

Candidates selected for an internship will be placed at a Smithsonian museum or the National Gallery of Art. Latino Museum Studies Program internships offer hands-on learning opportunities for non-curatorial roles in the arts and humanities, including museum conservation, collections management, museum education, digital culture, exhibition design and exhibition fabrication and production. Interns receive a stipend, housing and round-trip travel to Washington, D.C. The internship program begins Aug. 28 and ends Nov. 17. Eligibility criteria and application instructions are available on the museum's website.

The Smithsonian established the Latino Museum Studies Program in 1994 to offer fellowships to graduate students. The program launched the undergraduate internship in 2022 with support from The Andrew W. Mellon Foundation and the Latino Initiatives Pool, a federal fund administered by the National Museum of the American Latino. The 2022 expansion included new long-term predoctoral and postdoctoral fellowships.

## About the National Museum of the American Latino

The Smithsonian's National Museum of the American Latino advances the representation, understanding and appreciation of Latino history and culture in the United States. The museum provides resources and collaborates with other museums to expand scholarly research, public programs, digital content, collections and more. The museum operates its Molina Family Latino Gallery, the Smithsonian's first gallery dedicated to the Latino experience, at the National Museum of American History. Congress established the National Museum of



**Japanese Visions of China, 1680–1980"**

Sat., Mar. 16 - Sat., Mar. 23, 2024
10:00 am - 5:30 am

# Subscribe

🔊 Newsdesk RSS

🔊 Research News RSS

the American Latino in 2020. Connect with the museum at latino.si.edu and follow @USLatinoMuseum on Facebook, Instagram and Twitter.

# # #

SI-66-2023

# Exhibit C



○ Smithsonian      🔍   ESP   f   ⊙   🐦   **Donate**





# Latino Museum Studies Program

## About LMSP

Created in 1994, the Latino Museum Studies Program (LMSP) seeks to increase the representation, documentation, research, knowledge, and interpretation of the U.S. Latina/o/x experience in the areas of art, culture, and history. The program focuses on developing museum practice within a framework of Latino cultural studies and increasing the representation of Latina and Latino museum professionals in the field. Please see each program below for individual eligibility criteria.

This program received federal support from the Latino Initiatives Pool, administered by the National Museum of the American Latino.



Case 1:24-cv-00509-JMC    Document 3-3    Filed 02/22/24    Page 17 of 107

## LMSP Undergraduate Internship

The LMSP Undergraduate Internship is a program providing hands-on training opportunities for undergraduate students, focusing on the areas of conservation, museum education, digital culture, and exhibition design. With generous support from the Andrew W. Mellon Foundation, LMSP partners with select universities to diversify opportunities in museum studies and practice.

**Learn More** ›



## LMSP Graduate Summer Fellowship

The LMSP Graduate Summer Fellowship brings together a cohort of graduate students to explore the representation and interpretation of Latina/o/x cultures in the context of the American experience. Fellows contribute to a Latino project at the Smithsonian, while also engaging with Smithsonian professionals, scholars, and leaders in the museum field.

**Learn More** ›

*2023, National Museum of the American Latino.*



## LMSP Predoctoral and Postdoctoral Fellowships

The LMSP Fellowships support independent scholars with opportunities to conduct research at various Smithsonian museums and centers. Pre-doctoral Fellowships and Postdoctoral opportunities are available to doctoral candidates and scholars for up to seven years beyond the Ph.D.

**Learn More** >

*2017, National Museum of the American Latino.*

# Exhibit D

Case 1:24-cv-00509-JMC    Document 3-3    Filed 02/22/24    Page 20 of 107



  **ESP**  f  ⊙  𝕏  **Donate**

Smithsonian

NATIONAL MUSEUM *of the*
**AMERICAN**
**LATINO**



# Latino Museum Studies Program Undergraduate Internship

## About the LMSP Undergraduate Internship

The **Latino Museum Studies Program** (**LMSP**) **Undergraduate Internship** is a museum career pathway program designed to increase hands-on training opportunities for Latina, Latino, and Latinx-identifying undergraduate students interested in art museum careers. The program focuses in non-curatorial museum roles including the areas of **conservation, museum education, interpretation, digital culture, collections management, and exhibition design, fabrication and production**. With generous support from the Mellon Foundation, the National Museum of the

Case 1:24-cv-00509-JMC   Document 3-3   Filed 02/22/24   Page 21 of 107

American Latino has partnered with the National Gallery of Art and select universities to diversify opportunities in museum studies and practice. The program seeks to catalyze change in a field where only 5% ↗ of key museum positions are filled by people who identify as Latina, Latino, or Latinx.



# Undergraduate Internship Components

The internship is a full-time (~ 40hrs per week) semester-away experience. The program focuses on developing museum practice and is offered in two components:

1. **Lectures, workshops, and behind-the-scenes tours at the Smithsonian**
Museum professionals and leaders from within and outside of the Smithsonian will lead interactive tours and discussions providing participants a unique opportunity to learn about trends and best practices in museum work and the humanities. (1 week)
2. **Practicum at a Smithsonian museum or the National Gallery of Art**
Participants are matched to a practicum based on their background and experience, and how well the project aligns with their future goals. Participants will receive focused mentorship from their practicum supervisors. (11 weeks)

## Participation is free and includes:

- Accommodations in Washington, D.C. for the duration of the 12-week program

- Round-trip travel to Washington, D.C. from within the U.S. (including Puerto Rico)

- A $533 weekly stipend to support local transportation and meals

# Who Should Apply

Undergraduate students enrolled in accredited U.S. colleges and universities at the time of application are eligible to apply.

Applicants must also be authorized to work in the United States. This includes US Citizens, Green Card holders, DACA recipients, and international students. Please note that participants may be required to be vaccinated against COVID-19 and submit documentation of proof of vaccination to the Smithsonian.

Relevant majors include, but are not limited to: Art, Art History, Art or Museum Education, Arts Management, Museum Conservation, Design, Digital Humanities, Museum Studies, Latino Studies, Anthropology, History, and related fields. If you meet these requirements and are interested in exploring a museum we encourage you to apply!

# Application Process

Applications are submitted through the Smithsonian Online Academic Appointment System (SOLAA) ⧉. **The following dates apply to the 2024** cycle:

- Program dates: Monday, August 26 to Friday, November 15, 2024

- Application opens: Monday, February 26, 2024

- Deadline to apply 11:59 p.m. EDT Monday, April 1, 2024

- Selection notifications will be sent out in late April.

# Questions?

Join our Information Session on Wednesday, March 13, 2024, at 3:00 pm ET. LMSP staff and alumni will share more information about the program and be available to answer your questions. Register here. ⧉

**Please review the following materials before starting your application:**

- Required application materials

- 2024 practicum descriptions

- View the application guide for additional guidance on how to submit an application

- View the scoring rubric to see how applications will be assessed.

Once your application is submitted, it will be reviewed by an independent selection committee. The committee will nominate selected participants, then LMSP program staff will match interns to a practicum based on their experience and career goals. If selected,

and if required for your individual academic plan, you will be responsible for arranging academic credit with your university.

# Resources

**Questions?** Please contact LMSPInfo@si.edu ✉

If you are a student from one of our partner universities and would like to address questions to a representative of your university, please contact:

- Arizona State University, Marcos Voss Marcos.voss@asu.edu ✉

- City College of New York, Marit Dewhurst mdewhurst@ccny.cuny.edu ✉

- New Mexico State University, Rebecca Smith sbecca@nmsu.edu ✉

- University of Texas – El Paso, Kerry Doyle kadoyle@utep.edu ✉

**Additional Resources**

- 2022 Intern Bios

- 2022 Program Agenda

# Meet the 2023 LMSP Undergraduate Internship Cohort



Case 1:24-cv-00509-JMC    Document 3-3    Filed 02/22/24    Page 24 of 107

## Learn More

# Exhibit E

EDUCATION, COMMUNITY

## ASU PARTNERS WITH SMITHSONIAN TO INCREASE NUMBER OF LATINX MUSEUM PROFESSIONALS

Eight Latinx students from ASU are spending 10 weeks in Washington, D.C. to learn about museum practice and find careers in museums



Museum professionals around Arizona are making efforts to preserve culture and history. The Latino Museum Studies Program Undergraduate Internship provides opportunities for students with a Latinx background to find a career within the museum industry. Morgan Kubasko

By Caera Learmonth | October 31, 2022 | 9:43pm MST



The Latino Museum Studies Program Undergraduate Internship is a new 10-week program at The Smithsonian Institute that provides opportunities for Latinx students to find a career within the museum industry, eight out of the 20 students selected to participate for this semester were ASU students.

Though it initially started in 1994 as an opportunity exclusive to graduate students, the internship branched into a new program for undergraduates this year focusing on four core areas of museum practice: digital culture, exhibition design, museum, education and conservation.

The museum is partnered with Herberger Institute for Design and the Arts at ASU, The City College of New York, The University of Texas at El Paso and New Mexico State University; only students from these four schools can apply.

"The idea is that if we get to undergraduate students, early on, before they make up their minds, right, in other words before they get into graduate school, then we have a better opportunity to really … hold their focus on museum work and museum studies, and the various fields around these," said Eduardo Diaz, acting deputy director at the Smithsonian Latino Center.

"It's an opportunity for us to work with young Latinas and Latinos and help them and guide them and hopefully point them in a direction where they see working in a museum is something that they would like to do right from a professional perspective," Diaz said.

The first two weeks of the program are dedicated to the participants having interactive tours and discussions with professionals within the museum industry.

"I thought to myself, you know, the Smithsonian is the largest employer of museum conservators of any institution in the country, if not the world, there are no Latino or Latina conservators at the institution," Diaz said.

Ruby Maderafont, a junior museum studies major, had assumed this thought but it was confirmed after being informed through the program that only 3% of museum positions in the country are held by people in the Latinx community.

"It felt like a great experience to learn from people like me, who see these disparities and have to navigate the museum field and predominantly white institutions, especially the fact that they were partnering with the Smithsonian Institution, which is such a notable institution with high regard," Maderafont said.

Francesca Galvan, a junior animation major, felt a lack of people similar to her represented in media growing up and found that the Smithsonian internship was a great opportunity to contribute to diversity.

"I never felt represented growing up, especially within the film industry – and so I'm really passionate about having my culture being shown on the big screen (and) being in these different forms of media," Galvan said. "There's just so many ways of what being Latina is and there's not just one way to portray it, so I just really wanted to showcase my culture and to represent my community."

At first, Galvan said she felt out of place in the program since she "didn't know what the museum had to do with animation." But later on, Galvan learned the importance of her work and what it brings to the institution.

Galvan has been placed within the Smithsonian Center for Folklife and Cultural Heritage to tell Latina stories for Folklife Magazine, which has the mission to "build understanding, strengthen communities, and reinforce our shared humanity" through sharing different cultures.

"It's been really helpful knowing what I want to do with my future and knowing that my background in animation, my background in being Latina, like these are things that can make a really big impact within the museum field," Galvan said.

*Edited by Jasmine Kabiri, Wyatt Myskow, Sophia Balasubramanian and Kristen Apolline Castillo.*

Reach the reporter at caera@asu.edu and follow @CaeraLearmonth on Twitter.

Like The State Press on Facebook and follow @statepress on Twitter.



**CAERA LEARMONTH**

Caera Learmonth is a full-time reporter for the Community and Culture desk. She was previously the Executive Editor of her high school newspaper and has taken journalism programs at the School of the New York Times and University of Southern California.

caeralearmonth@gmail.com

Continue supporting student journalism and **donate** to The State Press today.

  

# Exhibit F

Menu

# Latino Museum Studies Program Undergraduate Internship

The Latino Museum Studies Program (LMSP) Undergraduate Internship is a museum career pathway program designed to increase hands-on training opportunities for Latina, Latino, and Latinx-identifying undergraduate students interested in art museum careers. The program focuses in non-curatorial museum roles including the areas of conservation, museum education, interpretation, digital culture, collections management, and exhibition design, fabrication and production. With generous support from the Mellon Foundation, the National Museum of the American Latino has partnered with the National Gallery of Art and select universities to diversify opportunities in museum studies and practice. The program seeks to catalyze change in a field where only 5% of key museum positions are filled by people who identify as Latina, Latino, or Latinx.

The internship is a full-time (~ 40hrs per week) semester-away experience. The program focuses on developing museum practice and is offered in two components:

1. Lectures, workshops, and behind-the-scenes tours at the Smithsonian
Museum professionals and leaders from within and outside of the Smithsonian will lead interactive tours and discussions providing participants a unique opportunity to learn about trends and best practices in museum work and the humanities. (1 week)
2. Practicum at a Smithsonian museum or the National Gallery of Art
Participants are matched to a practicum based on their background and experience, and how well the project aligns with their future goals. Participants will receive focused mentorship from their practicum supervisors. (11 weeks)

**How to Apply**
Applications are submitted through the Smithsonian Online Academic Appointment System (SOLAA).

2/22/24, 11:34 AM
Latino Museum Studies Program Undergraduate Internship | Office of Internships and Fellowships
Case 1:24-cv-00509-JMC    Document 3    Filed 02/22/24    Page 30 of 107

Program Application Materials

- Resume/CV. No more than 2 pages.

- Transcripts.

- Reference Letter

- Personal Statement – Choose ONE of the following options:

OPTION 1 - Answer the following prompts in 500-750 words. Include final word count at the end of your essay: The Latino Museum Studies Program (LMSP) Undergraduate Internship seeks to increase access to art museum career pathways for Latinx-identifying undergraduate students. Explain why you want to participate in LMSP. Be sure to address the following points:

- Describe your interest in the museum field.

- What do you want to take away from this experience? Clearly explain how participating in LMSP would help you accomplish your goals in your coursework and your desired career.

- What do you hope to contribute to this experience? How do your identities, life experiences, and/or perspectives shape your work (academic, professional, or community work)? How would they shape your contributions to your internship project, the LMSP program, and the Smithsonian more broadly?

---------------- OR ----------------

OPTION 2 - Answer the following prompt in at least 250 words AND submit a 2–3-minute video. Include the final word count AND a link to your video at the end of your essay. Your video must go beyond what you share in your short essay: The Latino Museum Studies Program (LMSP) Undergraduate Internship aims to increase access to art museum career pathways for Latinx identifying undergraduate students. Explain why you want to participate in LMSP. Be sure to address the following points:

- Describe your interest in the museum field.

- What do you want to take away from this experience? Clearly explain how participating in LMSP would help you accomplish your goals in your coursework and your desired career.

- What do you hope to contribute to this experience? How do your identities, life experiences, and/or perspectives shape your work (academic, professional, or community work)? How would they shape your contributions to your internship project, the LMSP program, and the Smithsonian more broadly?

- Practicum Selection Statement – Indicate your top three practicum choices by listing them in order of interest by project name and number. Write a short interest statement for each practicum. (175-word minimum for each practicum; include final word count at the end of

each)

- Clearly explain why these practicums are of interest to you and how they will benefit your area(s) of study and career goals.

- Please describe how your skills and experience will contribute to your practicum work.

- If the practicum lists specific requirements, please address how you meet the requirement for the practicum.

- Portfolio – Please share at least one example of your work. This can include an existing writing sample, an artist or design portfolio, video, or any other work that demonstrates the skillsets you wish to highlight in your application. Be sure to read practicum descriptions for any practicum-specific requirements and be sure to include them in your portfolio materials.

**Contact Information**

For questions regarding this opportunity, please contact LMSPinfo@si.edu

**Unit Link**

https://latino.si.edu/learn/internships-and-fellowships/latino-museum-studies-p... ⧉

**Function**

Anthropology – Cultural, Art & Art History, Cataloguing, Collections Management, Computer & IT, Crafts, Cultural Heritage, Curatorial, Design, Education, Exhibits, History, Horticulture & Botany, Museum Conservation

**Unit**

National Museum of the American Latino

**Start Date**

Mon, 08/28/2023

**End Date**

Fri, 11/17/2023

**Location**

Washington, DC

**Stipend**

Paid

**Suitability**

Undergraduate/Recent Graduate

**Citizenship**

No Citizenship Requirement

# Exhibit G



Skip navigation

- 
- Stay Connected
- 
- 
- 
- 

- Home
- Art
- History & Culture
- Science & Nature »
- Research News

Home / Art /

## Smithsonian program fosters new generation of Latino museum professionals

In Art / 27 July 2017

**By Maria Anderson**

Case 1:24-cv-00509-JMC    Document 3-3    Filed 02/22/24    Page 34 of 107



2017 Latino Museum Studies Program fellows with Smithsonian American Art Museum deputy
chief curator and curator of Latino art, E. Carmen Ramos, a 1996 alumna of the program. This
photo was taken following a tour of a new exhibit curated by Ramos, "Down These Mean Streets:
Community and Place in Urban Photography." (Photo by Diana C. Bossa Bastidas)

Shakti Castro, who recently completed a master's degree in history, first heard about the Latino Museum Studies
Program at the Smithsonian four years ago while working at the Center for Puerto Rican Studies in New York
City. Although she couldn't apply then, she was so impressed with the program that she applied as soon as she
was eligible as a graduate student.

Now, as part of the Latino Museum Studies Program class of 2017, Castro is working closely with Smithsonian
experts and collections across a number of different Smithsonian museums. "As a historian of the Puerto Rican
diaspora, it's exciting to be able to contextualize Puerto Rican and Latinx history as inherently part of American
history," Castro explains.

Organized by the Smithsonian Latino Center, the Latino Museum Studies Program is fostering future generations
of Latino museum professionals. Graduate students in the fields of Latino history, art, culture and other museum-
related disciplines are eligible to apply and participate in this selective annual program.

Case 1:24-cv-00509-JMC   Document 3-3   Filed 02/22/24   Page 35 of 107



Tiarna Doherty, chief of conservation at the Lunder Conservation Center, Smithsonian American Art Museum, gives a tour of the center to 2017 Latino Museum Studies Program fellows. (Photo by Diana C. Bossa Bastidas)

Since its creation in 1994, the program has provided a national forum for graduate students to share, explore and discuss the representation of Latino culture in the context of the American experience, using the Smithsonian's collections, exhibitions and staff experts. Participants live in Washington, D.C. for 6-weeks in the summer and engage in a series of lectures, workshops and behind-the-scenes tours throughout the Smithsonian. A practicum in a specific Smithsonian museum completes the program.

"Participating in the Latino Museum Studies Program is a dream come true," Castro says. "It allows me to work with a variety of scholars interested in Latinx history who are working to better represent our history to a wider audience. I'm also learning about the everyday inner workings of a large museum, while conducting my own research using the vast resources available at the Smithsonian."

"I initially found out about the Latino Museum Studies Program through a school trip three years ago," says 2017 participant Carlos Parra. "During my visit, I met several curators from the National Museum of American History, the Smithsonian Center for Folklife and Cultural Heritage, and the Smithsonian Latino Center, who spoke about the need for diversifying public history. I also had the chance to attended some informal presentations led by program fellows. I was impressed with the work being developed by young Latino scholars."

Case 1:24-cv-00509-JMC    Document 3-3    Filed 02/22/24    Page 36 of 107



Shakti Castro (center) with Leslie Ureña, assistant curator of photographs at the National
Portrait Gallery and fellows Maeve Coudrelle and Christina Azahar (left) during a tour of the
National Portrait Gallery. (Photo by José Ralat-Reyes)

Parra is currently researching the development of Spanish-language television in the Los Angeles area in the
second half of the 20th century for a dissertation at the University of Southern California. When he found out
there was a Spanish-language television research practicum offered at the National Museum of American History
through the Latino Museum Studies Program, he immediately applied.

Case 1:24-cv-00509-JMC　Document 3-3　Filed 02/22/24　Page 37 of 107

"The oral histories and materials that the museum's curators are collecting are invaluable to understand how Spanish-language television developed in the U.S.," Parra explains. "Their research is invaluable for researchers like myself, as well as future historians and the U.S. Latino community at large."

"This program is invaluable for students like me because it also presents examples of different options for using our graduate degrees," Parra continues. "It highlights how we can pursue museum careers at a time when museum studies programs are not specifically emphasized in related graduate programs, like history and the humanities."



Stephanie Huezo, Maeve Coudrelle, Christina Azahar, and Shakti Castro (L to R) looking through recently acquired photographs at the Archives of the National Museum of American History. (Photo by Diana C. Bossa Bastidas)

Close to 300 students have participated in the Latino Museum Studies Program since its inception. Program alumni have pursued careers at such institutions as the Metropolitan Museum of Art, the Academy of Motion Picture Arts and Sciences Museum, the National Park Service, Christie's Auction House, at several Smithsonian museums and research centers. They are also faculty members at Princeton, Smith, the Berklee College of Music and other schools.

"The Latino Museum Studies Program provided fundamental building blocks in museum studies that not only enriched my doctoral research, but also reoriented my career goals," says Mireya Loza, curator at the Smithsonian's National Museum of American History and a program alumni. "It gave me the opportunity to view myself as a public historian and taught me more about the role of curators at the Smithsonian. The program helps guide a new generation of curators who will create more diverse narratives about who we are as Americans."



Ismael Illescas (L) and Carlos Parra, 2017 fellows of the Latino Museum Studies Program, interact with a digital table in the Smithsonian's National Museum of African American History & Culture. (Photo by Diana C. Bossa Bastidas)

Gianna May Sanchez, program class of 2016 and a Ph.D. candidate at the University of Michigan, is back at the Smithsonian this summer, presenting to the new class of program participants. "The Latino Museum Studies Program was an amazing, life-changing experience," Sanchez says. "Presenting to new participants is a way to strengthen bonds and forge new ties. It also allows me to help new fellows with their own work in the same way that other program alumni and Smithsonian professionals mentored and supported me."

This year's program runs from July 2 through Aug. 11 and includes practicums at the Smithsonian's Archives of American Art, the National Museum of African American History and Culture, the National Museum of American History, the National Museum of the American Indian, the National Portrait Gallery, the Smithsonian Institution Traveling Exhibition Service and the Smithsonian Latino Center.

## Related Posts:



**¡Feliz aniversario! The Smithsonian**



**Latino experience is in focus at**



**New exhibit examines**



**Next generation astronomical**

**Tags:** <u>Latino</u>, <u>National Portrait Gallery</u>, <u>Smithsonian American Art Museum</u>

# Exhibit H

(https://sites.ed.gov/hispanic-initiative/)

# White House Initiative on Advancing Educational Equity, Excellence, and Economic Opportunity for Hispanics (https://sites.ed.gov/hispanic-initiative/)

U.S. Department of Education

(https://sites.ed.gov/hispanic-initiative/)      (https://sites.ed.gov/hispanic-initiative/752-2/)

(https://sites.ed.gov/hispanic-initiative/priorities/)      (https://sites.ed.gov/hispanic-initiative/resources/)

(https://sites.ed.gov/hispanic-initiative/events/)

« All Events (https://sites.ed.gov/hispanic-initiative/events/)

This event has passed.

## Paid Fall Internship Application Deadline: Smithsonian's National Museum of the American Latino's Latino Museum Studies Program Undergraduate Internship

### April 7, 2023

The Latino Museum Studies Program (LMSP) Undergraduate Internship is a museum career pathway program designed to increase hands-on training opportunities for Latina, Latino, and Latinx-identifying undergraduate students interested in art museum careers. The program focuses in non-curatorial museum roles including the areas of **conservation, museum education, interpretation, digital culture, collections management, and exhibition design, fabrication and production.** With generous support from the Mellon Foundation, the National Museum of the American Latino has partnered with the National Gallery of Art and select universities to diversify opportunities in museum studies and practice. The program seeks to catalyze change in a field where only 5%(link is external) (https://mellon.org/programs/arts-and-culture/art-museum-staff-demographic-survey/) of key museum positions are filled by people who identify as Latina, Latino, or Latinx.

The internship is a full-time (~ 40hrs per week) semester-away experience. The program focuses on **developing museum practice** and is offered in two components:

1. **Lectures, workshops, and behind-the-scenes tours at the Smithsonian**
   Museum professionals and leaders from within and outside of the Smithsonian will lead interactive tours and discussions providing participants a unique opportunity to learn about trends and best practices in museum work and the humanities. (1 week)

2. **Practicum at a Smithsonian museum or the National Gallery of Art**
   Participants are matched to a practicum based on their background and experience, and how well the project aligns with their future goals. Participants will receive focused mentorship from their practicum supervisors. (11 weeks)

Participation is free and it includes:

- Accommodations in Washington, D.C. for the duration of the 12-week program

- Round-trip travel to Washington, D.C. from within the U.S. (including Puerto Rico)

- A $533 weekly stipend to support local transportation and meals

The deadline to apply is Friday, April 7, 2023.

Learn more and apply: https://latino.si.edu/learn/internships-and-fellowships/latino-museum-studies-program/latino-museum-studies-program (https://latino.si.edu/learn/internships-and-fellowships/latino-museum-studies-program/latino-museum-studies-program)

+ GOOGLE CALENDAR (HTTPS://WWW.GOOGLE.COM/CALENDAR/EVENT?ACTION=TEMPLATE&TEXT=PAID+FA
CURATORIAL+MUSEUM+ROLES+INCLUDING%C2%A0THE+AREAS+OF%C2%A0CONSERVATION%2C+MUSEUM+EDUCATION%2C+INTERPRETATION%2C+DIGITAL+CULTURE%2C+COL
TIME+%28%7E+40HRS+PER+WEEK!

+ ICAL EXPORT (HTTPS://SITES.ED.GOV/HISPANIC-INITIATIVE/EVENT/FALL-INTERNSHIP-APPLICATION-DEADLINE-SMITHSONIANS-NATIONAL-MUSEUM-OF-THE-
AMERICAN-LATINOS-LATINO-MUSEUM-STUDIES-PROGRAM-UNDERGRADUATE-INTERNSHIP/?ICAL=1&TRIBE_DISPLAY=)

## Details

**Date:**
April 7, 2023 (2023-04-07)

**Website:**
https://latino.si.edu/learn/internships-
and-fellowships/latino-museum-
studies-program/latino-museum-
studies-program
(https://latino.si.edu/learn/internships-
and-fellowships/latino-museum-
studies-program/latino-museum-
studies-program)

« César Chávez Day Conversaciones con Líderes Series Zoom: Advancing Equity, Excellence, and Migrant Rights (https://sites.ed.gov/hispanic-initiative/event/cesar-chavez-day-conversaciones%e2%80%afcon-lideres%e2%80%afseries-zoom-advancing-equity-excellence-and-migrant-rights/)

Paid Internship Deadline: White House Fall 2023 Internship Program » (https://sites.ed.gov/hispanic-initiative/event/paid-internship-deadline-white-house-fall-2023-internship-program/)

(http://www.ed.gov/notices/english-la)        (http://www.ed.gov/notices/espanol-la)
(http://www.ed.gov/notices/chinese-la)    (http://www.ed.gov/notices/vietnamese-la)    (http://www.ed.gov/notices/korean-la)
(http://www.ed.gov/notices/tagalog-la)        (http://www.ed.gov/notices/russian-la)

# Exhibit I



Find Scholarships
Featured Scholarships
Scholarship News
Scholarship Winners
National Scholarship Directory

FAFSA
Financial Aid
FAFSA & Financial Aid News

STUDENT DISCOUNTS

STUDENT LOANS

Find Internships
Featured Internships
Part-Time Jobs
Internship News
Online Learning

This internship is not currently active. Sign up for Fastweb today to get alerts when our team determines it's reactivated.

# Smithsonian Latino Museum Studies Program Undergraduate Internship

EDUCATORS
Download Free Materials
Scholarship List Builder
Scholarship Providers

Smithsonian Institution

amount

PARENTS
Parent Resources
FAQs
Parent Student Loans
Parent News

Varies

awards available

LOGIN

SIGN UP

Unspecified

deadline

Expired

Deadline Passed



Go all in on All Apps.
Save 40%.
Get a great deal on Adobe Creative
Cloud All Apps for the first year.
Ends March 3.

Buy now

Adobe

**What's Trending**

- 24 Scholarships to Apply for in 2024
- Top 10 Colleges with the Best Financial Aid
- 10+ College Scholarships You Can Apply for Today
- Top Scholarships for High School Seniors: Class of 2024
- February College Prep Checklist for High School Seniors



## Description

The Smithsonian Latino Museum Studies Program Undergraduate Internship is available to undergraduate students who identify as Latina/o/x interested and are pursuing studies in Art, Art History, Art or Museum Education, Arts Management, Museum Conservation, Design, Digital Humanities, Museum Studies, Latino Studies, Anthropology, History, or related fields. To be considered for this internship, you must be enrolled at Arizona State University-Herberger Institute for Design and the Arts, City College of New York, University of Texas at El Paso, or New Mexico State University. As an intern, you will gain hands-on experience in museum practices and have the opportunity to learn from leaders through interactive tours and discussions. This internship is located in Washington, DC, runs for 10 weeks, and includes accommodations and round-trip travel from within the U.S.

# Exhibit J

  

Quick links...

ADVERTISEMENT

NEWS    >    **HISPANIC HERITAGE**

# ASU starts partnership with Smithsonian to get more Latino representation in museums

Students get to work with prestigious museums

CLOSE

ADVERTISEMENT

  

2/22/24, 11:47 AM
ASU partners with Smithsonian to get more Latino representation in museums
Case 1:24-cv-00509-JMC   Document 3-3   Filed 02/22/24   Page 46 of 107



Ruby is one of eight ASU students this semester getting a once-in-a-lifetime chance in DC. It's all part of a special partnership between the Herberger Institute at ASU and the Smithsonian - and there's a bigger goal in mind.




 By: Nick Ciletti

*Posted at 4:00 AM, Oct 11, 2022 and last updated 7:31 AM, Oct 11, 2022*

TEMPE, AZ — It's a dream internship in our nation's capitol that ASU senior Ruby Maderafont didn't even know was within reach.

"Being able to actually work here is a bit surreal!" explains Ruby.

Ruby is one of eight ASU students this semester getting a once-in-a-lifetime chance in DC. It's all part of a special partnership between the Herberger Institute at ASU and the Smithsonian - and there's a bigger goal in mind.

CLOSE

Recent Stories from abc15.com
ADVERTISEMENT

AD



"There has always been this sense that Latinos go where they see themselves represented, and we haven't always seen ourselves or at least seen ourselves represented fully in the museum world," explains Marcos Voss with the Herberger Institute at ASU. Voss hopes that changes through the ASU Latino Museum Studies program.

It's a chance for Hispanic students, just like Ruby, to spend 10 weeks in our nation's capitol, working at some of the world's most famous museums.

"I try to tell them at least once a week how excited I am for them, how I wish this was around when I was an undergrad and that they should take every opportunity they can to explore and bring their authentic self to the table."

And for Ruby, the opportunity means even more.

ADVERTISEMENT

CLOSE

"With this opportunity, I find more confidence that I have this experience and I have the skills to back it up especially now that I have this internship to move forward in this field otherwise I wouldn't feel like I belong," Ruby explains.

Ruby also identifies as queer - seeing people who look like them, know their background, and know where they're coming from is paving the way for more dreams to come true.

"Oftentimes, we aren't able to see ourselves in a certain position or we place certain obstacles like self-doubt or imposter syndrome because we don't see ourselves in what we aspire to be. I think seeing that representation allows for a sense of belonging in a space so definitely that is what this experience is bringing to me because I've struggled with that self-doubt before."

ASU says they will recruit another round starting in Spring 2023 to go to DC in Fall 2023.

Copyright 2022 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Report a typo

Sign up for the **Headlines Newsletter** and receive up to date information.

| E-mail | Submit |

CURATION BY

Recommended by outbrain



**[Photos] Most Inappropriate Dress On Met Gala Red Carpet 2023**

The Combination Of Met Gala Dresses With Hollywood Beauty

Paid Content: Editors Nation

**This New Neuropathy Device is Leaving Experts Speechless**

Paid Content: Health Insight Journal

CLOSE

# Exhibit K







# Meet our Undergrad 2023 LMSP Cohort

## Meet the participants for this year's Latino Museum Studies Program Undergraduate Internship:





## Carolina Carret – Northwestern University

Carolina (she/her) graduated from Northwestern University with her BA in Legal Studies and Art History. Regarding participation in the LMSP, she's most excited to study her heritage through the Cuban and Caribbean Histories practicum, and by the novelty of it all — new people, a new city, exploring the world's largest museum collection. She has an entrepreneurial spirit and is excited by her vision of museums as vibrant centers for community life and beacons of public knowledge, free and open to all. Originally hailing from Florida, she's thrilled to be back on the East Coast and is ready to see where this all leads.

Carolina is placed at the National Museum of Natural History participating in the practicum *Smithsonian-Community Museum Partnership to Interpret Cuban and Caribbean Histories.*

## Julyet Carrillo – University of Texas at El Paso

Julyet Carrillo (she/her) is a Printmaking major with a minor in Painting at the University of Texas at El Paso. What excites her about working with the Latino Museum Studies Program is that she can share her experiences of being a Latina woman in the artistic world and learn from others. She is interested in museums because she can bring art to people who don't have that privilege. This is why one of her career goals is to help her community through art and, at the same time, grow as an artist.

Julyet is placed at the National Gallery of Art participating in the practicum *Creating a Virtual Studio Program.*





# Cheyenne Díaz - The City College of New York

Cheyenne Díaz (she/they) is a rising junior at The City College of New York majoring in Art Education. A New York native, Cheyenne is excited at the prospect of living in Washington, DC. She is honored to be working with the Smithsonian Institution as an LMSP intern. She is most looking forward to exploring the behind-the-scenes of our nation's prominent museums and applying this knowledge to her creative and professional development. Cheyenne aims to bring more Latinx stories into the museum field through education and community building.

Cheyenne is placed at the National Gallery of Art participating in the practicum *Video Development & Production Internship.*

# Mimi Díaz-Salgado - Wellesley College

Meet Mimi (they/them), a recent graduate from Wellesley College. Having graduated with a Peace and Justice and Latin American Studies Double Major, Mimi has a passion for education, family, and community. A true intellectual, they actively seek knowledge and eagerly share their insights with others, striving to cultivate a caring and thoughtful community everywhere they go. They're excited to be part of an amazing cohort of scholars and interns, wanting to respect and honor the diverse and personal experiences every individual brings to the program. In their spare time, Mimi likes spending time with their friends, reading, and drinking boba.

Mimi is placed at Smithsonian Gardens participating in the practicum *Creative Engagement and Living Collections: Smithsonian Gardens Orchid Collection.*





# Ambar Dominguez – Arizona State University

Ambar Dominguez (she/her) recently graduated from Arizona State University, with a BA in theatre with a concentration in design and production. Ambar is most excited about being able to learn about the processes of museum exhibits. She hopes to explore and learn new avenues when it comes to design. A fun fact about Ambar is that she enjoys building miniature scale models in her spare time. She hopes to take the knowledge she gains from this experience and put towards her future endeavors.

Ambar is placed at the Hirshhorn Museum and Sculpture Garden, participating in the practicum *3D Exhibit Design, Fabrication, and Graphic Production for Art Museums.*

# Claudia González – Díaz–Indiana University Bloomington

Claudia González-Díaz (she/her) graduated with BAs in Art History and French and minors in Latino Studies and Spanish from Indiana University Bloomington in May of 2023. As an intern, Claudia is curious to learn about how the development of educational materials, research, and museum programming at the National Portrait Gallery help to prepare for the addition of the National Museum of the American Latino. She hopes to pursue a Ph.D. in Art History in the fall of 2024 with an eye toward community-based art curation and education. Claudia is also an artmaker of stained-glass mosaics and crochet.

Claudia is placed at the National Portrait Gallery, participating in the practicum *Echoes of Empire in Contemporary Art.*





# Katrina Hernández – Arizona State University

Katrina Hernandez (she/her) is a Museum Studies major at Arizona State University. What excites her the most about participating in LMSP is the opportunity to gain real world experience and grow her skillset. Her career goals are to become a museum curator or exhibition designer for museums all over the world, shedding a new light on history and art for patrons. She wants to explore the behind the scenes of museums, learning about the planning, development, design, and production that goes into museums. Fun fact about Katrina is that she's a huge fan of Hong Kong Cinema and Kung fu movies.

Katrina is placed at the Center for Folklife and Cultural Heritage, participating in the practicum *Producing the 2024 Smithsonian Folklife Festival.*

# Olivia Z. Joseph – University of California, San Diego

Olivia (they/she) is a recent Communications bachelor's and Socio-Cultural Anthropology minor, from the University of California, San Diego. They look forward to learning more about museum careers straight from the experts. In addition to getting the chance to meet various people with passions for history and the artifacts which hold stories from the past, they aim to continue their education so that they can become a museum archivist and/or work in collections management. Their favorite pastime is dancing and creating choreography; they were the captain for an all-women's, open style collegiate team called 4No1.

Olivia is placed at the National Museum of African American History and Culture, participating in the practicum *Behind-the-Scenes at NMAAHC: Introduction to Collections Care.*





# Lesley Mendoza-Serrano – University of California, Santa Barbara

Lesley Mendoza-Serrano (she/they) recently graduated from UC Santa Barbara and majored in Chicana/o Studies and Spanish. She strives towards contributing to the Smithsonian's ongoing goal of creating accessible content by writing bilingual stories alongside the East Coast Latino community for Folklife Magazine. Lesley looks forward to seeing how museums have grown by collaborating with the communities that are exhibited. Her writing has been inspired by her involvement in different art forms; she has written about folk religion, cultural dance, fashion, music and the intricacies of being queer in an assumed conservative culture.

Lesley is placed at the Center for Folklife and Cultural Heritage, participating in the practicum *American Latinx Storytelling for Folklife Magazine*.

# Finn Miller – Oberlin College

Finn Miller (he/him) is a senior at Oberlin College. He is majoring in History and East Asian Studies. Having worked as a gallery guide at Oberlin's Allen Memorial Art Museum, Finn hopes to continue to explore museum education and interpretation. Growing up in Singapore, and away from a large Latin population, Finn is excited to re-engage with *Latinidad* and its presentation in museums.

Finn is placed at the Center for Folklife and Cultural Heritage, participating in the practicum *Producing the 2024 Smithsonian Folklife Festival*.





# Joshua Mondragon – California State University of San Bernardino

Joshua Mondragon (he/him) is a fourth-year student studying at California State University of San Bernardino. Joshua is an Anthropology major with a concentration in archeology. One aspect that excites him about participating in the Latino Museums Study Program is the ability to produce more research and information about Cuban and Caribbean histories. Joshua is striving to continue conducting research as an archeologist, specifically in the Mesoamerican Region. One interesting aspect about Joshua is that he loves camping and kayaking.

Joshua is placed at the National Museum of Natural History participating in the practicum *Smithsonian-Community Museum Partnership to Interpret Cuban and Caribbean Histories.*

# Michaela Morales – New Mexico State University

Michaela (she/her) is a recent New Mexico State University graduate with a bachelor's in Anthropology and a minor in museum conservation. She is excited about the invaluable experience that LMSP has provided and experiencing the behind the scenes of the Smithsonian. Michaela plans to take what she learns in this internship and apply it to caring for archeological collections. She is a proud dog mom of two adorable and hyperactive border collies.

Michaela is placed at the National Museum of American History, participating in the practicum *1000 Watch Project.*





# Joharis Ramos Abreu – University of Puerto Rico, Mayagüez

Born and raised in Puerto Rico, Joharis Ramos Abreu (she/her/ella) is pursuing a bachelor's degree in Art Theory from the University of Puerto Rico in Mayagüez. She recently started venturing outside of the comfort of her island with the objective of furthering her knowledge in the arts while growing her passion for collection-based roles. Working at the art gallery on campus has propelled her to be a highly engaged student in the art community in Puerto Rico and her university, where she has recently coordinated the design for the annual student exhibition this past spring. She is confident that participating in the Latino Museum Studies Program will provide the mentorship and training fitting for her future in museums. Fun Fact: Prior to studying Art Theory, Joharis was a Chemical Engineering major.

Joharis is placed at the National Museum of African American History and Culture, participating in the practicum Behind-the-Scenes at *NMAAHC: Introduction to Collections Care.*

# Sebastian Saavedra – Florida International University

Sebastian Saavedra (he/him/his) is a recent graduate from Florida International University, having earned his Bachelor of Arts in History. He looks forward to developing an entirely new skill set during his participation in LMSP, one which will combine his interests in public history, archival work, and technology. He hopes this program can serve as a major steppingstone into working in a more behind-the-scenes position within the museum field. Sebastian is quite the film junkie, forming his passion for the medium through film studies courses and always looking forward to sitting in the cinema.

Sebastian is placed at the Museum Conservation Institute, participating in the practicum *Imaging to Support Research and Conservation of Cultural Heritage Objects.*

2/22/24, 11:48 AM
Meet our Inaugural LMSP Cohort! - Learn about all of the Amazing Scholars of the Inaugural LMSP Cohort!
Case 1:24-cv-00509-JMC    Document 9-8    Filed 02/22/24    Page 58 of 107



# Luiza Serradilha – Georgia Institute of Technology

Luiza (she/her) is an Architecture major with a minor in Spanish at Georgia Tech. She is most excited about learning all there is about the exhibit design process and forming great connections from diverse backgrounds in her cohort, LMSP, and the Smithsonian. She wants to explore the possibilities of design and fabrication within museums, as well as finding new ways to make exhibits more accessible and sustainable. She is passionate about fiber arts and loves cats!

Luiza is placed at Smithsonian Institution Exhibits participating in the practicum *Design and Fabrication Project*.

# Exhibit L

2/22/24, 11:50 AM                    Sebastian Saavedra on LinkedIn: Supporting Hispanic/Latinx students: The Power of Hispanic-Serving...

Case 1:24-cv-00509-JMC   Document 3-3   Filed 02/22/24   Page 60 of 107



Join now          **Sign in**

## Sebastian Saavedra's Post



Sebastian Saavedra
Emerging Museum Professional
1y

This reminds me of how important Florida International University is to myself as a Latino student and to my fellow Hispanic/Latinx community. FIU's presence in highly diverse South Florida, service to the Hispanic/Latinx community, and international reach definitely allow it to earn its title as a Hispanic Serving Institution. #WeAreFIU #HSI #community

Barnes & Noble Education, Inc.
7,717 followers
1y

Hispanic/Latinx students make up nearly 20% of college undergraduates across the United States. Learn about Hispanic Serving Institutions (HSIs), how schools can qualify for the federal designation, and the benefits for students and institutions. Join us on Oct. 12 at 2p.m. ET for this in-depth discussion. Register today! https://bit.ly/3fvI7cT

#HSI #HispanicServingInstitutions #highereducation

**SUPPORTING HISPANIC/LATINX STUDENTS:**
THE POWER OF HISPANIC SERVING INSTITUTIONS (HSIs)

**BNED**

HOST
JONATHAN SHAR
President
Barnes & Noble College

MODERATOR
SOFIA B. PERTUZ, Ph.D.
Managing Director, DEI
Billie Jean King Enterprises

JODI BAILEY, Ph.D.
V.P. for Student Affairs
New Jersey City University

LORENA GUTIERREZ, Ph.D.
Assist. Professor of Teaching
School of Education
University of California, Riverside

**Supporting Hispanic/Latinx Students: The Power of Hispanic-Serving Institutions (HSIs)**
event.on24.com

👍 4

👍 Like                    💬 Comment                    ↗ Share

To view or add a comment, **sign in**

## More Relevant Posts

# Exhibit M



**NECLAS**
NEW ENGLAND COUNCIL OF LATIN AMERICAN STUDIES



LATIN AMERICAN & CARIBBEAN STUDIES

# Bridging Knowledges, Technologies, & Cultures in Latin America and the Caribbean

## Annual Meeting
## New England Council of Latin American Studies

Worcester Polytechnic Institute
November 10-11, 2023

## PROGRAM
## Friday, November 10

| | | |
|---|---|---|
| 2:00pm – 3:00pm | **Executive Committee Meeting**<br>(by invitation only) | Chair's Room<br>(Campus Center) |
| 3:30pm – 5:00pm | **WPI Global School Forum** | Odeum A/B<br>(Campus Center) |

*Caribbean Climate Knowledge-to-Action: Critical Reflections on Locally-Led Action, Disaster Preparedness, and Climate Education*

Moderator: Mimi Sheller

Nigel Brissett, Clark University
*"Climate Educational Aid and Collaboration as Reparative Justice"*

Kevon Rhiney, Rutgers, The State University of New Jersey
*"Governing through Risk: Resilience Thinking, Biopolitics and Post-Disaster Landscapes in the Caribbean"*

Stacy-ann Robinson, Colby College
*"Locally Led Adaptation: Promise, Pitfalls and Possibilities"*

Mimi Sheller, Worcester Polytechnic Institute
*"Reflections on Implementing Human-Centered Design for Caribbean Climate Adaptation"*

| | | |
|---|---|---|
| 5:00pm – 6:00pm | **Global School Reception** | Odeum A/B<br>(Campus Center) |
| 7:00pm – 9:00pm | **Executive Committee Dinner**<br>(by invitation only) | Volturno |

## Saturday, November 11

| | | |
|---|---|---|
| 8:00am – 9:00am | **Continental Breakfast**<br>*Sponsored by WPI School of Arts & Sciences and WPI Department of Humanities & Arts* | Odeum A/B +<br>Mid-Century<br>(Campus Center) |
| 8:30am – 9:00am | **Opening Remarks** | Odeum A/B<br>(Campus Center) |

Elizabeth Rivero, President, NECLAS
Kate Moncrief, Chair, Humanities & Arts, WPI
John Galante & Aarti Madan, Co-Directors, Latin American & Caribbean Studies, WPI

9:00am – 10:15am    **Panel Sessions I**

*Reimagining Family and Kinship*                                    Hagglund
(Campus Center)

Moderator: Hope Bastian

Carolina Añón Suárez, Fairfield University
*"Re-imaginaciones insumisas de la figura de la madre en el arte y la literatura"*

Hope Bastian, Wheaton College
*"Becoming a Mother in Cuba: Cuban Counterpublics and Networked Matrescence"*

Larissa Jimenez Gratereaux, Yale University
*"'Una llamada Dra. Satterthwaite': Family Planning as Eugenics in 1970s Brazil, the Dominican Republic, and Venezuela"*

Tricia Reagan, Randolph-Macon College
*"Daddy Issues: The Father Figure in* Al otro lado, Sangre de mi sangre, *y* El viaje de Teo*"*

*Narrating Abandonment: Care, Disaster, and Vulnerable Communities in*      Odeum C
*Central America and the Contemporary Hispanic Caribbean*          (Campus Center)

Moderator: Jessica Mulligan

Jessica Mulligan, Providence College
*"Narratives of Abandonment in the Puerto Rican Health Care System"*

Shey Rivera Rios, Rhode Island School of Design
*"Tierra Futura: Breaking Colonial Archives to Create Boricua Futurity"*

Waleska Sanabria León, Pontifical Catholic University of Puerto Rico
*"Suffering Narratives, Structural Violence and Disasters in the Southwest of Puerto Rico"*

Mónica Simal, Providence College
*"Aging in 'Paradise': The Fictional and Visual Representations of the Elderly in Cuba"*

M. Gabriela Torres, Wheaton College
*"Structural Abandonment and Gender Based Violence-Based Narratives of Asylum"*

2

*Traducciones, encuentros, y desencuentros en la historiografía*          Chair's Room
*latinoamericanista de la Guerra Fría* (Book Talk)                        (Campus Center)

      Moderator: Nayelli Castro Ramírez

      Nayelli Castro Ramírez, University of Massachusetts, Boston
      Robert Alegre, University of New England
      Susan Gauss, University of Massachusetts, Boston

*Decolonizing Film Studies Curricula: Approaches through Latin American*          Higgins Labs 114
*Cinemas*

      Moderator: Paul Schroeder Rodríguez

      Ana Almeyda-Cohen, Colby College
      *"Pedagogical and Methodological Approaches to Latin American 'B-*
      *Films'"*

      Bridget Franco, College of the Holy Cross
      *"Latin American Film & Digital Humanities: The Cinegogía Project"*

      Paul Schroder Rodríguez, Amherst College
      *"Community-Based Cinema in Abiayala"*

*Undergraduate Showcase, WPI Humanities & Arts Department*          Higgins Labs 116

      Moderator, Lina Muñoz-Márquez, Worcester Polytechnic Institute

      Agustín Alzate
      *"Medellín As a Global Model for Urban Development"*

      Jessica Elmhurst
      *"Al cielo, video juego entre espacios y conversaciones ecofeministas"*

      *Jocelyn Hinchcliffe*
      "The Zoot Suits that Ripped Open Racial Tensions"

      Tom Kohen
      *"Reflejos de Buenos Aires"*

      Aaron Landry
      *"Gauchos, guerras y gobiernos: los factores únicos que crearon en*
      *Argentina una comunidad judía grande y resiliente"*

      Selina Tran
      *"Unscrambling Latinx Identities"*

*Undergraduate Showcase, College of the Holy Cross*          Higgins Labs 102

      Moderator: Maria Rodrigues, College of the Holy Cross

      Anyelly Herrera
      *"The Embrace of Shadows: A Collection of Short Stories"*

      Nicholas Lopez
      *"Anti-Blackness in the Dominican Republic"*

      Alexis Soria and Allison dos Santos Soares
      *"The Creation of ProspHER Student Group"*

| | | |
|---|---|---|
| 10:15am-10:45am | **Coffee Break**<br>*Sponsored by WPI Office of Diversity, Inclusion, and Multicultural Education* | Mid-Century<br>(Campus Center) |
| 10:45am-12:00pm | **Panel Sessions II** | |

*Social Movements and the Struggles for Rights, Justice, and Democracy in Paraguay* (Book Talk)                                        Chair's Room
                                                                                                                                        (Campus Center)

        Moderators: Charmain Levy and Valerie L'Heureux

        Charmain Levy, Université du Québec en Outaouais
        Valerie L'Heureux, Concordia University
        Marco Castillo, City University of New York

*Soldiering On, or War's Afterlives in Nineteenth-Century Latin America*                    Hagglund
                                                                                             (Campus Center)

        Moderator: Aarti S. Madan

        Ronald Briggs, Barnard College
        *"Positivism and Catholicism after the War of the Pacific (1879-1884)"*

        Alicia Ríos, Syracuse University
        *"Repetición y diferencia: La guerra de independencia en el imaginario cultural venezolano"*

        Aarti S. Madan, Worcester Polytechnic Institute
        *"The Unevenness of Postcolonial Ecologies: Argentina's Conquista del Desierto (1878-1885)"*

        Felipe Martínez-Pinzón, Brown University
        *"Poesía, cementerios y música popular: la Posguerra de los Mil Días"*

*Knowledge and Indigeneity*                                                                   Higgins Labs 114

        Moderator: Nina Gerassi-Navarro

        Joyce Bennett, Connecticut College
        *"Indigenous Clothing and Qualia: Affect, Climate Change, and Well-Being"*

        Nina Gerassi-Navarro, Tufts University
        *"Appropriating Indigenous Knowledge: The Cultivation of Yerba Mate"*

        Polly Lauer, Yale University
        *"Maya Migration & Media: Online Indigenous Radio in Migrant Life"*

        Jessica Rutherford, Central Connecticut State University
        *"Drawing on Archival Silences: Representations of Prehispanic Mesoamerican Culture in Comics and Children's Books"*

*Life and Death: Ecosystems in Peril*                                                         Odeum C
                                                                                              Campus Center

        Moderator: Gina Canepa, Independent Scholar

        Patrick Barker, Yale University
        *"Rain, Drought, and Plantation Life in the Nineteenth Century Caribbean"*

        (panel listing continued on next page…)

Carla Giaudrone, Rutgers University, Camden
"'*Con cada yuyo venía un pedazo de geografía viva': Las plantas nativas en la literatura rural rioplatense de la primera mitad del siglo XX*"

Vikram Tamboli, Brown University
"*An Ethnobotanical Geopolitics of Healing and Harming in Latin America and the Caribbean*"

Ana Ugarte, College of the Holy Cross
"*PanchitXness: The Biopolitics of Peanuts*"

*Gendered Encounters in Latin American Film*                    Higgins Labs 102

Moderator: Stephanie Pridgeon

Ana Almeyda-Cohen, Colby College
"*The Magical Social Horrors of the Celestinesque Witch in Arturo Ripstein's* La Tia Alejandra *(1978)*"

Inela Selimović, Wellesley College
"*Intermedial Memories in Paula Markovitch's* Armando y Genoveva *(2013)*"

Stephanie Pridgeon, Bates College
"*Disaffected Encounters in Marcela Said's* Los perros *(2017)*"

*Undergraduate Showcase, College of the Holy Cross*              Higgins Labs 116
*Histories on Screen: Creating Digital Humanities Projects on Latin America*

Moderators: Bridget Franco and Hannah Abrahamson

Éowyn Bailey & Ángel Collazo
"*Cinegogía and Cineglos: Digital Humanities and Latin American Film*"

J.T. Burgio
"*Perusing the History of the Greater Peru Area: An Analysis of the Rebellon of Túpac Amaru II*"

Adam Cooper
"*From Rubber Balls to Rodeos: What Sports Can Tell Us about Indigenous History in Latin America*"

Vienna F. Copado
"*The Power of Indigenous Comics and Graphic Novels: An Analysis of Emerging Indigenous Voices*"

Owen McIntosh
"*Pecos: Procedure and Pitfalls*"

12:15pm – 1:15pm    **Lunch**                                    Odeum A/B +
                    *Sponsored by WPI Global School*             Mid-Century
                                                                 (Campus Center)

                    NECLAS Awards
                    presented by Mary Ann Mahony, Central Connecticut State University

                    Local Writers Talks
                            Naida Saavedra, Worcester State University
                            Joe Aguilar, Worcester Polytechnic Institute

5

1:30pm – 2:45pm     **Panel Sessions III**

*Hispanics and Italians in the Mid-Twentieth-Century United States*     Chair's Room
*(Roundtable)*     (Campus Center)

Moderator: John Galante

Emma Amador, University of Connecticut
Rosa Carrasquillo, College of the Holy Cross
John Galante, Worcester Polytechnic Institute
Ervin Kosta, Hobart and William Smith Colleges

*Roles of Indigenous and Traditional Knowledge Systems in Local and Global*     Odeum C
*Politics*     (Campus Center)

Moderators: Ben Fallaw and Fernando Armstrong-Fumero

Fernando Armstrong-Fumero, Smith College
*"'The Records are No Longer Here': Archives as de-Patriated
Intangible Heritage"*

Lydia Crafts, Manhattan College
*"Reading Indigenous and Marginalized Guatemalans' Claims to
Bodily Sovereignty in the Archival Record of 'Guatemala's Tuskegee'"*

Tiffany D. Creegan Miller, Colby College
*"Maya-Japanese Oraliteratures: Global Indigenous Modernities and
Alternative Collective Imaginaries in Humberto Ak'abal's Poetry"*

Ben Fallaw, Colby College
*"Forgetting and Remembering Maya Peon Communities in Yucatán's
Henequen Zone:  The Case of Oxcum"*

Walter E. Little, University at Albany, SUNY
*"Navigating the Conflictual Politics of Textile Tradition and Fashion in
Maya Guatemala"*

*Displacement and Justice in Education*     Higgins Labs 114

Moderator: Rebecca Campbell-Montalvo

Beatriz Alvarado, University of Massachusetts, Lowell
*"The Virtual Dilemma in Peruvian Rural Schools during and after the
Pandemic: A Retrospective Analysis on the Teaching and Learning
Experience"*

Rebecca Campbell-Montalvo, University of Connecticut
*"Naming and Understanding How Latinx Students' Language and
Race are Erased in Schools in the Contexts of Migration"*

Rocío Fuentes, Central Connecticut State University
*"Raíces en el Caribe: La expresión de la identidad y la agencia en un
grupo de hablantes de herencia del español"*

Sara Pan-Algarra, Teachers College, Columbia University
*"Climate Change-Induced Displacement and Girls' Access to
Education in Honduras"*

6

*Protest, Natural Resources, and the Environment*                    Hagglund
                                                                     (Campus Center)
    Moderator: Grant Burrier

    Grant Burrier, Worcester Polytechnic Institute
    *"Politics and Protected Areas in Latin America and the Caribbean"*

    Daniela Domínguez Tavares, University of Connecticut
    *"Mexico Meets Argentine Oil: Comparison of the Oil Industries in 1960"*

    Jack Markowitz, Yale University
    *"Environmental Justice in Chilean Protest"*

    Emiliano C Villanueva, Eastern Connecticut State University
    *"Business Profile of Exporting Wineries in Argentina: A Successful Story of International Recognition"*

    Kehan Wang, Boston University
    *"Protest in the Inca Heartland: A Study of Mobilization around Mining in Southern Peru"*

*Undergraduate Showcase, WPI Global School:*                        Higgins Labs 116
*From the Ground Up: Community Centered Innovation*

    Moderator: Courtney Kurlanska, Worcester Polytechnic Institute

    John Adams, Alexi Echevarria, Tai Le, and Humberto Torres
    *"Community Mapping in La Perla, Puerto Rico"*

    Elidja Diakite
    *"Enhancing the Experience at the Hotel Cerrito"*

    Emma Bass, Russell Kam, Taina Quiñones, and Aunika Yasui
    *"Capturing Cañari Culture in Primok Supplemental Materials in Cañar, Ecuador"*

    Sarah Saeed, Leah Kolb, Anna Callaghan, Sam Ollari, Micah Vargas
    *"Diablos Rojos: A Window into Panamanian Identity"*

2:45pm – 3:15pm   **Coffee Break**                          Mid-Century
    *Sponsored by WPI Office of Diversity, Inclusion, and Multicultural Education*    (Campus Center)

3:15 –4:30pm   **Panel Session IV**

*Climate Justice in Latin America and the Caribbean*                 Hagglund
                                                                     (Campus Center)
    Moderators: William San Martín and Avi Chomsky

    Avi Chomsky, Salem State University
    *"Extractivism on the Periphery: Colombia's Wild Northeast"*

    Hilda Lloréns, The University of Rhode Island
    *"Making Livable Worlds: Afro-Puerto Rican Women Building Environmental Justice"*

    William San Martín, Worcester Polytechnic Institute
    *"More-than-Human Sovereignty and Rights of Nature in the Anthropocene"*

    Gisselle Vila Benites, Clark University
    *"The Moral Ecologies of Mining in Latin America: Caring for Extraction in Aquatic Spaces"*

Voice and Liberation                                                    Higgins Labs 102

>Moderator: Ángel Rivera, Worcester Polytechnic Institute

>Michele C. Dávila Gonçalves, Salem State University
>*"Tras la mirada del Otro: Narrativa neohistórica femenina puertorriqueña"*

>Jennifer Schaefer, Gregory Colati, and Michael Howser, University of Connecticut
>*"Crowdsourcing and Automating: A Puerto Rican and Connecticut Document Transcription Project"*

>Alexander Waid, United States Coast Guard Academy
>*"Intersectionality in Latin American and Caribbean Socially-Conscious Rap: The Liberatory Voices of Mare Advertencia Lírika, Krudas Cubensi, Chocolate Remix, Jaas Newen, and Líricas del Caos"*

Sexual Dissidence in the 20th Century                                   Odeum C
                                                                        (Campus Center)

>Moderator: Elizabeth Rivero

>Crista Fiala, University of St. Joseph
>*"Challenging the Hyper-Masculinity of Argentina's Western Frontier:* Las aventuras de la China Iron"

>Ryan M. Jones, SUNY Geneseo
>*"'Not Easy Being Green': Theories of Sexual and Gender Inversion, History, and Color in 20*[th] *Century Mexico"*

>Adrianna Pitetta, Mount Holyoke College
>*"Marcianos, abducciones y cibermundos: Formas de la catástrofe política"*

>Elizabeth Rivero, United States Coast Guard Academy
>*"Disidencias sexuales/Disidencias discursivas: 50 años, 20 historias trans de Karina Pankievich y Diego Sempol y Cantoras de Carolina de Robertis"*

Understanding Crime, Policing, and Deferred Action                      Chair's Room
                                                                        (Campus Center)

>Moderator: Lori Hopkins

>Anjuli Fahlberg, Katherine Garcia, Laura Garcia, Justin Pérez
>*"Gender and Police Action in the Governance of Urban Violence: A Comparison between El Salvador and Honduras"*

>Lori Hopkins, University of New Hampshire
>*"Cristina Rivera Garza: An Expediente on Crime"*

>Lisa M. Knauer, University of Massachusetts, Dartmouth
>*"Immigrant workers and the U.S. immigration system: Agency, organizing, and shifting policies"*

>Carlos Rubens López Pari, University of North Carolina, Chapel Hill
>*"Tecnologías de Posguerra en la obra literaria y visual de Jorge Eduardo Eielson"*

>Michael Wolff, Western Washington University
>*"Memoria del trauma en la producción cultural reciente del Cono Sur"*

8

*Undergraduate Showcase, Wellesley College and University of Connecticut*          Higgins Labs 114

Moderator: Koichi Hagimoto, Wellesley College

Alexandra Cahn, Wellesley College
*"Playing for You: An Exploration of Selena as a Borderlands Artist"*

Mimi Diaz-Salgado, Wellesley College
*"'Always Personal Best': Reflections from Latinx FGLI Students in a College-Access Program"*

Reginal Gallardo, Wellesley College
*"The Influential but Under-Examined Publishing Activity of Mexican Artist Adolfo Best-Maugard during the 1920s in the United States"*

Leonardo Gamez, University of Connecticut
*"The Role of Travel Socialization in the Economic Resilience of Recent Latino Immigrants: A Literature Review"*

Laura Leal de Souza, Wellesley College
*"When Race Becomes Central: Challenging Racial Flexibility in Brazil"*

Isabel Orozco Piedrahita, Wellesley College
*"Sana Sana: Healing From Conflict in Colombia"*

*Undergraduate Showcase, WPI Global School*          Higgins Labs 116
*Tools of the Trade: Understanding and Applying Appropriate Technology*

Moderator: Courtney Kurlanska, Worcester Polytechnic Institute

Alexandra Ballentine and Oliver Zaba
*"Stormwater Management at Escuela Agrícola Cerrito, Paraguay"*

Samantha Curtis, Gachau Kabuga, Cambria Pomeranz, Giovanni Ramirez, and Ilana Whittaker
*"Increasing Street-Level Accessibility in Cuenca, Ecuador"*

Bridget Gillis and Steven Defreitas
*"Hydraulic Modeling and Water Distribution Optimization in Corregimiento Kuna Nega, Panama City, Panama"*

Sol Giesso and Patrick King
*"Hecho en Monteverde: An Evaluation of An Improved Criteria for a Voluntary Sustainability Certification"*

5:00pm – 7:00pm     **Reception featuring Music by Carlos Odria Trio**
(Must by over 21 to attend)

Courtyard by Marriott Worcester
72 Grove Street

9

## Sponsors

   

 

## Campus Map



| UNIVERSITY BUILDINGS | | |
|---|---|---|
| 1 37 Lee Street (not shown) | 14 Bartlett Center | 27 Power House |
| 2 1 Drury Lane | 15 15-19 Schussler Road | 28 Boynton Hall |
| 3 15 Regent Street | 16 Goddard Hall | 29 Fuller Laboratories |
| 4 27 Hackfeld Road | 17 Olin Hall | 30 Gordon Library |
| 5 32 Hackfeld Road | 18 Higgins Laboratories | 31 Kaven Hall |
| 6 Sports & Recreation Center | 19 Alden Memorial | 32 Skull Tomb |
| 7 16 Einhorn Road | 20 20 Schussler Road | 33 Campus Police |
| 8 Harrington Auditorium | 21 Project Center | 34 35/37 Institute Road |
| 9 28 Trowbridge Road | 22 Stratton Hall | 35 108 Grove Street |
| 10 20 Trowbridge Road | 23 157 West Street | 36 85 Prescott Street |
| 11 Higgins House | 24 Atwater Kent Laboratories | 37 60 Prescott Street |
| 12 Rubin Campus Center | 25 Salisbury Laboratories | 38 50 Prescott Street |
| 13 Foisie Innovation Studio | 26 Washburn Shops/Stoddard Laboratories | 39 15 Sagamore Road |

| RESIDENTIAL BUILDINGS | |
|---|---|
| A Hackfeld House | I Sanford Riley Hall |
| B Stoddard Complex | J Schussler House |
| C Morgan Hall | K Salisbury Estates (not shown) |
| D Ellsworth Apartments | L Elbridge House |
| E Trowbridge House | M East Hall |
| F Daniels Hall | N Founders Hall |
| G Fuller Apartments | O Institute Hall |
| H Messenger Hall | P Faraday Hall |

| GREEK HOUSES | |
|---|---|
| G1 Alpha Xi Delta | G10 Sigma Pi |
| G2 Alpha Tau Omega | G11 Phi Sigma Kappa |
| G3 Alpha Pi | G12 Theta Chi |
| G4 Alpha Gamma Delta | G13 Zeta Psi |
| G5 Chi Omega | G14 Lambda Chi Alpha |
| G6 Phi Sigma Sigma | G15 Phi Kappa Theta |
| G7 Sigma Phi Epsilon | G16 Tau Kappa Epsilon |
| G8 Phi Gamma Delta | G17 Sigma Alpha Epsilon |
| G9 Alpha Chi Rho | |

Visit maps.wpi.edu for interactive map.

Learn more about
WPI's Program in Latin American & Caribbean Studies



10

# Exhibit N



<u>ASU News</u>

Arts, humanities and education

# 8 ASU undergrads headed to DC for Smithsonian's Latino Museum Studies Program



Ivan Mendoza, who graduated from ASU in May 2022 with a degree in digital culture, will be working at the National Air and Space Museum on "Estrellas y Cuentos: A Latinofuturism Oral History Project."

By <u>Deborah Sussman</u> | ✉
July 11, 2022

➕ 📘 🐦 💼 ✉

*Editor's note:* This story is featured in the <u>2022 year in review</u>.

Thanks to a new partnership between Arizona State University and the <u>Smithsonian's Latino Museum Studies Program</u>, museum studies major Ruby Maderafont will spend the first 10 weeks of their  junior year in Washington, D.C., helping to develop digital experiences for all for the National Museum of the American Latino.

Maderafont, a student in Barrett, The Honors College who plans to work as a curator after college, said that most of what they've learned so far about museum operations and how Latino representation is addressed in museum spaces is "from an outside view, as a visitor and as a student reading scholarly articles in my coursework."

The opportunity to gain hands-on, intensive experience with the museum studies program will "propel my career in the museum field and simply be a dream come true," they said.

Maderafont is one of eight Herberger Institute undergrads who will spend 10 weeks in Washington,

"Not many designers have the opportunity to embrace their own customs and past through design," Rivera said. "Having a better perspective into my own heritage is an aspect of this experience that excites me."

Viviana Moreno, also a senior in interior design, will undertake her practicum at the National Museum of American History, working on an exhibition titled "Mirror, Mirror for Us All? Disney Parks and Stories of America."

And Ivan Mendoza, who graduated in May 2022 with a degree in digital culture, will be working at the National Air and Space Museum on "Estrellas y Cuentos: A Latinofuturism Oral History Project."

"What I hope to contribute to the internship is first-hand knowledge of growing up with immigrant parents, living in non-ideal, dangerous, low-income neighborhoods, and being at a disadvantage not to succeed but being fortunate to get opportunities to acquire skills that can further a successful career in something I love, like art," Mendoza said.

"I'd also like to contribute my knowledge of digital and physical systems, and my skills in programming and designing interactive environments/installations. I feel like this is important to me, as I'd like mentorship on bridging the two sides of my Chicano Mexican American heritage and my creative tech/art practices so as to be more representative of what the new generation of Mexican American artists is."

Morey, the coordinator of the undergraduate program, said that after the internship is over, the new interns will become part of a growing alumni network. In addition to Maderafont, Rivera, Moreno and Mendoza, the interns from ASU are Francesca Galvan, Dani Pogue, Camilla Rojas and Chalsea Segarra.

"I'm an alumni of the grad program," Morey said, "which the undergraduate program is based on. I'm personally in touch with a lot of the people from my cohort. We offer alumni activities, networking activities, professional development opportunities, things like that. We'll begin to loop in these undergraduate interns."

"It is imperative that we help expand the pipeline of Latinx ➕ museum professionals who are passionate about the presentation and preservation of culture and history through the lens of their own lived experiences and community," said Marcos Voss, who serves as the program lead for ASU. "The Herberger Institute's partnership with the Smithsonian Latino Museum Studies Program and the National Museum of the American Latino ensures viable career pathways for our Latinx students to have a voice and seat at the table, bringing with them a unique connection to justice, equity and decolonization that will help shape the museums of the future."

| Arts | School of Art | School of Arts, Media and Engineering | Arts, humanities and education |

| Student life | The Design School | Community | Student | Herberger Institute for Design and the Arts |

| Barrett, The Honors College | Inclusion |

## More Arts, humanities and education



### ASU jazz experts discuss music, life and learning at downtown venue

By Benjamin Adelberg Jazz is more than a style of music, notes or dance steps. It's a



### CISA celebrates 50 years of hip-hop

To commemorate hip-hop's origins, evolution and influence, Arizona State University's College of Integrative Sciences and Arts



### A real-life Rosie the Riveter

Nothing beats learning about history directly from the source. Caroline Kilgore was 17 years old when World War II broke out and…

# Exhibit O

 Linked**in**                                    **Join now**        Sign in

# A. Liliana Rocha P.'s Post

  **A. Liliana Rocha P.**                                          ...
Visual & Textile Artist & Curator. MFA Fiber Art & MA en Curatorship.
6mo · Edited

News!! I am grateful and excited that my work as a textile artist has led me to be included in the exhibition "RECORD(ANDO)" Curated by **Claudia González-Díaz** at the FAR Gallery. It's an honor to have my MAPPKERCHIEFS (2022) featured among such incredible works of other Hispanic and Latinoamerican artists-colleagues.

🧵 Explore more of this work at **lilianarocha.art/mappas**
📅 Don't miss out  – save the date on Facebook Event: **https://lnkd.in/gHVSV7Sc**
🌐 Check out the Gallery's website: **https://lnkd.in/gUgr2Myq**

🎨 ✨ **#TextileArt #ExhibitionShowcase #ArtisticJourney #ColombianArtist #TextileArtist #ALilianaRochaP #MappKerchiefs #NHHM2023 #LatinoamericanArtist**


A HISPANIC HERITAGE MONTH EXHIBITION
*artwork by Liliana Rocha-Parra*

**Record**ando tracks the contemporary pathways of a group of Hispanic artists, which are informed by historic practices developed in their native countries and regions. This exhibition acknowledges the ongoing physical, mental, and spiritual exercise of remembering our histories—recordando—blending together the past, present, and

DATE & TIME

**Closing Reception:**
Friday, September 1st 5pm-8pm

*During Gallery Walk*
*Live music, food & drink for sale*

😊🌍🎨 23 · 2 Comments

 Like           Comment           Share

  **Claudia González-Díaz**                                    6mo     ⋮
Intern, Museo de Arte de Puerto Rico

# Exhibit P

# Las Cruces Sun News.

**NMSU**

# NMSU's first cohort heads to Smithsonian for internships

**Minerva Baumann** New Mexico State University
Published 9:09 a.m. MT Sept. 3, 2022

New Mexico State University students soon will be learning museum conservation at one of the most prestigious museum systems in the world.

In a first-of-its-kind partnership, the Smithsonian Latino Center received funding from the Andrew W. Mellon Foundation to support internships at the Smithsonian Institution for four NMSU students per year for the next five years. It will pay all expenses for traveling, housing and give a stipend to each student during the internship. The students also will receive financial support from Candis J. Stern, a major contributor to NMSU's museum conservation program.

The students are leaving for Washington, D.C., on Sept. 4 and will return Nov. 12.  They will join students from several universities at the Smithsonian this fall, but NMSU students will be the only ones working in conservation.

As the director of NMSU's highly-respected museum conservation program at a Hispanic-Serving Institution, Silvia Marinas-Feliner worked closely with the Smithsonian to coordinate this once-in-a-lifetime experience for her students.

"The first two weeks of the 10 weeks in (Washington,) D.C., all of the students are going to go to the Smithsonian forum, this includes around 20 students," Marinas-Feliner said. "The next eight weeks, they will be engaged in different practica."

Marlene Morales and Rose Burns will get a first-hand look at techniques used in conservation such as ultraviolet and infrared devices. Morales started at NMSU as a pre-med student until she took a class with Marinas-Feliner.

"It's going to be really cool to see everything behind the scenes and actually be able to work in the museum," said Morales. "It's very different to working here in the lab, where it's a controlled environment in comparison to a big museum, especially one is big as the Smithsonian."

Like Morales, Burns was also a pre-med student, but the lure of museum conservation was difficult to resist.

"I was hooked. It's fantastic," Burns said. "It's such a good mix of the things I'm interested in. And I feel each object's unique, and you really get to use your brain but be creative at the same time." Stephanie

Stewart, member of the Navajo Nation in Arizona, was a biology major planning to study forensic science when she fell in love with museum conservation. Stewart was interning at the American Art Museum and was involved with hands-on exhibition creation and public engagement. Working fulltime in a museum is her dream job. Eventually, she wants to return to the Navajo Nation to use her museum conservation skills.

"I'm really excited for the hands-on part of it," Stewart said. "I've done exhibit changeouts and I've been working in collections where I was hands on and it was just so much fun and really exciting. I'm really excited to do that at the Smithsonian."

Briana Teran started at NMSU majoring in psychology but was always interested in art. Growing up she went to museum camps, history camps and loved watching videos online about people doing conservation work. Teran's practicum will cover holistic conservation techniques used at the Smithsonian.

"I'm really interested in getting a hands-on experience but also talking to all the people there, the professionals, the experts and just learning from them and also talking to other people like me that are interested in this field," Teran said. "I'm really interested in meeting others in the same field, the same age. I'm looking forward to learning about every aspect of conservation at the Smithsonian."

Marinas-Feliner sees herself in these students' stories. She started college to become a marine biologist but ended up in museum conservation instead. Today, she shares that passion with her students.

"It means so much that they are going to this internship with the Smithsonian," Marinas-Feliner said. "You cannot even imagine how much it means seeing that they're becoming professionals and they're going to be the future of this profession. I want to pass the torch to them."

When the students return to campus later this fall, they will give presentations about what they have learned during their Smithsonian internship. The presentations will take place at 10 a.m. Friday, Dec. 2, in the Health and Social Services Annex, Room 202.

"I want them to have a broad learning experience about different types of objects and different aspects of those objects in the context of conservation," Marinas-Feliner said. "I'm very excited about it."

*Minerva Baumann writes for New Mexico State University Marketing and Communications and can be reached at 575-646-7566, or by email at mbauma46@nmsu.edu.*

**Others are reading:**

- Lordsburg man charged in death of Deming man killed in I-10 crash
- NMSU researcher warns against consuming mushrooms growing in community
- High school boosters raise thousands for hospitalized Organ Mountain football player as Knights dominate Mayfield
- As Forest Service wraps up 90-day pause on burns, New Mexico scientist fears what comes next

# Exhibit Q

2/22/24, 11:59 AM　　Internships and Fellowships Frequently Asked Questions | National Museum of African American History and Culture

Case 1:24-cv-00509-JMC　Document 3-3　Filed 02/22/24　Page 81 of 107



# Internships and Fellowships Frequently Asked Questions

Internships & Fellowships

## Internships

Internships & Fellowships

Internships

Collapse All　—

— ## Can I apply to more than one internship?

Yes, applicants can submit one application and may apply for up to a maximum of two internship positions within their application. Incomplete applications and applications without selected positions may not be considered.

— ## How does the general internship pool work?



Applications are accepted on a rolling basis through the Office of Internship Programs (OIP) 🗗 as opportunities become available. Please know that if

Case 1:24-cv-00509-JMC   Document 3-3   Filed 02/22/24   Page 82 of 107

an internship does not become available that fits your interests and timeframe, you will not be contacted. If you have a specific interest, you are encouraged to apply for that specific internship as well.

## How competitive are Smithsonian internships and fellowships?

Smithsonian internships and fellowships are very competitive; the Smithsonian receives thousands of applications each year—but don't let that discourage you from applying. We work to make sure Smithsonian internships are prestigious, but not exclusive.

## When will I hear back about my application?

Applicants can anticipate receiving an update on their application status either way three to four weeks after the application deadline via the Smithsonian Online Academic Appointment System (SOLAA).

## Is housing provided?

No, housing is not provided. Interns are responsible for their own housing during the internship.

## Are internships paid?

Yes, stipends are awarded for internships based on available funding. Part-time internships can be awarded up to $450/week and full-time internships awarded up to $850/week. Exact amounts will be stated in the internship descriptions.

## Can international students apply to an internship and/or fellowship?

Yes, international students within the Continental US are eligible for internships. The Office of Internship Programs (OIP) has provided a FAQ section on their website🗗 for international applicants.

— **Who should my application and reference letters be addressed?**

Applications are sometimes reviewed by multiple individuals so using generic addresses such as "Selection Committee" or "Intern Manager" will suffice.

— **What should my application essay include?**

Your essay should be able to make a compelling connection between your goals (personal, professional, and/or academic), experiences and the applied internship(s). Be able to demonstrate that you understand the details of the internship(s), and clearly state your learning objectives for the experience NMAAHC has to offer. Any skills, coursework, qualifications, or aptitudes that would benefit the project are also good to include.

— **Can I submit my application after the deadline has passed?**

No, extensions are not offered for any reason. All application materials must be received by 11:59 p.m. on the application deadline. Our program has a strict timeline to ensure interns can begin their internships on time as scheduled. Begin the application process early to give yourself and your references ample time to submit documents, and let your references know the deadline well in advance.

— **Is there more information available beyond the position description?**

We strive to include as much detail as possible in the position descriptions. We cannot provide any further information about specific projects.

## What does it mean if I haven't heard back after applying in SOLAA?

Applications submitted via SOLAA are not confirmed by individual e-mails because applicants can login to the system at any time and directly see if their applications are marked as submitted. SOLAA will not alert applicants if all the necessary documents are not submitted. It is a good idea to double-check the list of requirements prior to submitting the application.

## How do I know if my reference letters have been submitted in SOLAA?

Applicants can login to SOLAA any time during the application period to see if the letters of recommendation are present. We recommend checking the system in the days leading up to the deadline to confirm the two required letters have been submitted.

## How do I submit my letters of recommendation?

Letters are submitted directly by references via SOLAA. Applicants can also upload the recommendation letters directly into SOLAA.

## Can my reference submit a confidential letter?

Yes, letters can be submitted confidentially via the SOLAA portal.

## Do my reference letters have to be submitted before I submit my application?

Recommendation letters can be uploaded their letter shortly after you submit your application before the application deadline. As a reminder, you should check your application in SOLAA to see if your references have been submitted.

— **My referee did not receive an email from SOLAA to upload their reference letter.**

If one of your referees does not see the email request from SOLAA (solaa_sc@si.edu ✉), please advise them to double check their spam/junk mail. If they are still not able to locate the email request, please contact 202-633-4000 or OCIOServiceDesk@si.edu ✉ and include "SOLAA" in the subject line of your email.

# Fellowships

Expand All +

+   Are fellowships open to international students?

+   Can I apply if I am a current Smithsonian employee or contractor?

+   Is there a list of research staff that can serve as advisors or co-advisors?

+   What are NMAAHC's fields of research?

+   Can I do my research across multiple parts of the Smithsonian?

+    Can I submit my application after the deadline has passed?

---

+    How do I submit my letters of recommendation?

---

+    Can my reference submit a confidential letter?

---

+    My reference is having trouble uploading their letter to SOLAA.

---

+    Do my reference letters have to be submitted before I submit my application?

---

+    My referee did not receive an email from SOLAA to upload their reference letter.

---



# Have questions about the Academic Appointments at NMAAHC? Email us.

**Email Us** ✉

Share your email for updates →

Email powered by Blackbaud   Privacy ↗  |  Terms of Use ↗

# Exhibit R

**Program Name:** (CURRENTLY CLOSED) – National Museum of the American Latino Internship Program

**Museum/ Research Institute/ Office of Placement:** National Museum of the American Latino

**Special Instructions:** The Center provides internships year-round. Please note that most internship offerings are currently unpaid. Internships are geared towards high school juniors, seniors, undergraduate, and graduate students. The application process includes submission of a complete application with all the requested materials and one letter of reference. You must review the internship projects available at the time of application and all requirements at http://www.latino.si.edu/education/SLC_internship.htm For more information or for questions, please email SLCEducationatsi.edu with the subject heading internships. The Smithsonian Latino Center is the division of the Smithsonian Institution that ensures that Latino contributions to art, science and the humanities are highlighted, understood and advanced through the development and support of public programs, scholarly research, museum collections and educational opportunities at the Smithsonian Institution and its affiliated organizations.



**Cycle (Seasonal Type Choices):** Cycles are seasonal type choices; Consult the specific programs website to determine if the program has a deadline. A Rolling Cycle means that the program accepts applications on a year-round basis. The Cycle choices for this program are:
Rolling /

**Application Materials:** Depending on the program set-up, you may be requested to upload additional documentation. Up to three copies may be uploaded for each type of document. You may also delete a document after it has been uploaded. The document must be in a format supported by SOLAA. The maximum file size you can upload is 3 MB. The applicant is requested to upload the following application materials:

[ Essay ] Please submit an essay (500-750 words) that describes your academic and professional interests and experiences as they relate to the Center's mission and programs. Please also discuss how the Center is well suited to your needs and how you might be able to contribute to the specific internship project for which you are applying.

[ CV/Resume ] Please provide a current CV or resume.

[ Cover Letter ] Please describe your interest in our program and what you hope to accomplish through the internship experience.

[ Transcripts ] (or other materials when transcripts are not issued) from all appropriate institutions are required. Unofficial transcripts are acceptable. If transcripts or other materials are not in English, the applicant should provide translations.

[ Other ] If required (not applicable in all project cases) in the Internship Project Description Listing (http://www.latino.si.edu/education/SLC_internship.htm), please submit answers to any application requirement questions listed here.

**References:** This section is for listing references who may answer questions about you, evaluate your abilities, or upload a letter of recommendation for you. You can provide up to 1 references. Some units do not require a Letter of Recommendation but do wish to have reference contact information for follow-up via phone, etc. For further information please contact the Program Coordinator for the program you are applying to or consult the specific program website.

A [Send Email To Referee] icon will appear when adding a reference. Click the icon to notify the person that you are using them for a reference via an email through the SOLAA system. The [Email Sent on] column reflects the date the email was sent. The SOLAA system will send your reference a website address and secure code that he/she will use to upload his/her letter of recommendation and answer any program specific questions. Your reference has 60 days to access the referee process but you should plan for your letter of recommendation to be supplied before the program deadline. The [Completed] column of each referee's record you entered indicates that your reference has completed the reference process. This indicator also may be seen in View Applications.

**Program Applicant Questions:** The applicant is requested to answer the following questions:

(For purposes of programmatic diversity only): Do you consider yourself as part of a Latino/Hispanic subgroup? If so, which?

Do you speak and/or write in any other language other than English? (Does not impact selection)

If a student, does your school have an intern coordinator? If so, please list school, and coordinator's names, title, and email address.

Include number of hours and specific days you would like work. This will not hinder your selection. It will just assist us with scheduling.

List specific academic courses taken or special skills (such as computer experience) which you feel would be particularly relevant to an internship.

Please list special skills (such as language, office, computer, public speaking) that you can bring to an internship.

Please list your expected major and desired career.

Will you be receiving academic credit for this internship or is this internship a graduation requirement?

**Other Program Specific Information:**

OK

**Project Choices:**

Development Intern
Education and Outreach Intern
Exhibitions and Public Programs Intern
Graduate Program and Professional Development Intern
Marketing Intern
Web/Virtual Immersive Education Intern

OK

# Exhibit S


Smithsonian
*National Museum of the American Latino*

LATINO MUSEUM STUDIES PROGRAM
**UNDERGRADUATE INTERNSHIP**
APPLICATION MATERIALS

## Program Application Materials
*Submit all documents in __PDF__ format*

☐ **Resume/CV**. No more than 2 pages.

☐ **Transcripts**. Unofficial transcripts are acceptable; please avoid password protection if possible.

☐ **Reference Letter**

☐ **Personal Statement – Choose ONE of the following options:**

**OPTION 1 - Answer the following prompts in 500-750 words. Include final word count at the end of your essay:**

Explain your interest in exploring a museum career.  Be sure to address the following points:

- Describe your interest in the museum field.
- What are your career goals after college and how would participating in LMSP help you accomplish these goals?
- What do you hope to contribute to this experience? How do your identities, life experiences, and/or perspectives shape your work (academic, professional, or community work)? How would they shape your contributions to your internship project, the LMSP program, and the Smithsonian more broadly?

--------------- **OR** ---------------
**OPTION 2 - Answer the following prompt in at least 250 words __AND__ submit a 2–3-minute video. Include the final word count __AND__ a link to your video at the end of your essay. Your video must go beyond what you share in your short essay:**

Explain your interest in exploring a museum career.  Be sure to address the following points:

- Describe your interest in the museum field.
- What are your career goals after college and how would participating in LMSP help you accomplish these goals?
- What do you hope to contribute to this experience? How do your identities, life experiences, and/or perspectives shape your work (academic, professional, or community work)? How would they shape your contributions to your internship project, the LMSP program, and the Smithsonian more broadly?

☐ **Practicum Selection Statement – Indicate your top two (2) practicum choices by listing them in order of interest by project name and number. Write a short interest statement for each practicum. (250-word minimum for each practicum; include final word count at the end of each)**
- Clearly explain why these practicums are of interest to you and how they will benefit your career goals.
- Describe your interest in the focus areas covered in the practicums you chose.



LATINO MUSEUM STUDIES PROGRAM

**UNDERGRADUATE INTERNSHIP**

APPLICATION MATERIALS

- ▪ Please describe how your skills and experience will contribute to your practicum work.
- ▪ If the practicum lists specific requirements, please address how you meet the requirement for the practicum.

☐ **Portfolio – Please share 1-2 examples of your work. This can include an existing writing sample, an artist or design portfolio, video, or any other work that demonstrates the skills you wish to highlight in your application**. Be sure to read practicum descriptions for any practicum-specific requirements and be sure to include them in your portfolio materials.
- ▪ If you are uploading a file (PDFs only), please upload it in the "Application Materials" section of SOLAA.
- ▪ If you are sharing a link, please include it where prompted in the "Applicant Questions" section of SOLAA.

Reach out with your questions, big or small, Robin Morey moreyr2@si.edu.

# Exhibit T

 **U.S. Equal Employment Opportunity Commission**

# Prohibited Employment Policies/Practices

Under the laws enforced by EEOC, it is illegal to discriminate against someone (applicant or employee) because of that person's race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information. It is also illegal to retaliate against a person because he or she complained about discrimination, filed a charge of discrimination, or participated in an employment discrimination investigation or lawsuit.

The law forbids discrimination in every aspect of employment.

The laws enforced by EEOC prohibit an **employer or other covered entity (https://www.eeoc.gov/employers/coverage-0)** from using neutral employment policies and practices that have a disproportionately negative effect on applicants or employees of a particular race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), or national origin, or on an individual with a disability or class of individuals with disabilities, if the polices or practices at issue are not job-related and necessary to the operation of the business. The laws enforced by EEOC also prohibit an employer from using neutral employment policies and practices that have a disproportionately negative impact on applicants or employees age 40 or older, if the policies or practices at issue are not based on a reasonable factor other than age.

# Job Advertisements

It is illegal for an employer to publish a job advertisement that shows a preference for or discourages someone from applying for a job because of his or her race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information.

For example, a help-wanted ad that seeks "females" or "recent college graduates" may discourage men and people over 40 from applying and may violate the law.

# Recruitment

It is also illegal for an employer to recruit new employees in a way that discriminates against them because of their race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information.

For example, an employer's reliance on word-of-mouth recruitment by its mostly Hispanic work force may violate the law if the result is that almost all new hires are Hispanic.

# Application & Hiring

It is illegal for an employer to discriminate against a job applicant because of his or her race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information. For example, an employer may not refuse to give employment applications to people of a certain race.

An employer may not base hiring decisions on stereotypes and assumptions about a person's race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information.

If an employer requires job applicants to take a test, the test must be necessary and related to the job and the employer may not exclude people of a particular race, color, religion, sex (including gender identity, sexual orientation, and pregnancy),

national origin, or individuals with disabilities. In addition, the employer may not use a test that excludes applicants age 40 or older if the test is not based on a reasonable factor other than age.

If a job applicant with a disability needs an accommodation (such as a sign language interpreter) to apply for a job, the employer is required to provide the accommodation, so long as the accommodation does not cause the employer significant difficulty or expense.

# Background Checks

See "**_Pre-Employment Inquiries_**" below.

# Job Referrals

It is illegal for an employer, employment agency or union to take into account a person's race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information when making decisions about job referrals.

# Job Assignments & Promotions

It is illegal for an employer to make decisions about job assignments and promotions based on an employee's race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information. For example, an employer may not give preference to employees of a certain race when making shift assignments and may not segregate employees of a particular national origin from other employees or from customers.

An employer may not base assignment and promotion decisions on stereotypes and assumptions about a person's race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information.

If an employer requires employees to take a test before making decisions about
assignments or promotions, the test may not exclude people of a particular race,
color, religion, sex (including gender identity, sexual orientation, and pregnancy), or
national origin, or individuals with disabilities, unless the employer can show that
the test is necessary and related to the job. In addition, the employer may not use a
test that excludes employees age 40 or older if the test is not based on a reasonable
factor other than age.

# Pay And Benefits

It is illegal for an employer to discriminate against an employee in the payment of
wages or employee benefits on the bases of race, color, religion, sex (including
gender identity, sexual orientation, and pregnancy), national origin, age (40 or
older), disability or genetic information. Employee benefits include sick and
vacation leave, insurance, access to overtime as well as overtime pay, and
retirement programs. For example, an employer many not pay Hispanic workers
less than African-American workers because of their national origin, and men and
women in the same workplace must be given equal pay for equal work.

In some situations, an employer may be allowed to reduce some employee benefits
for older workers, but only if the cost of providing the reduced benefits is the same
as the cost of providing benefits to younger workers.

# Discipline & Discharge

An employer may not take into account a person's race, color, religion, sex
(including gender identity, sexual orientation, and pregnancy), national origin, age
(40 or older), disability or genetic information when making decisions about
discipline or discharge. For example, if two employees commit a similar offense, an
employer many not discipline them differently because of their race, color, religion,
sex (including gender identity, sexual orientation, and pregnancy), national origin,
age (40 or older), disability or genetic information.

When deciding which employees will be laid off, an employer may not choose the
oldest workers because of their age.

Employers also may not discriminate when deciding which workers to recall after a layoff.

# Employment References

It is illegal for an employer to give a negative or false employment reference (or refuse to give a reference) because of a person's race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information.

# Reasonable Accommodation & Disability

The law requires that an employer provide reasonable accommodation to an employee or job applicant with a disability, unless doing so would cause significant difficulty or expense for the employer.

A reasonable accommodation is any change in the workplace (or in the ways things are usually done) to help a person with a disability apply for a job, perform the duties of a job, or enjoy the benefits and privileges of employment.

Reasonable accommodation might include, for example, providing a ramp for a wheelchair user or providing a reader or interpreter for a blind or deaf employee or applicant.

# Reasonable Accommodation & Pregnancy, Childbirth, or Related Medical Conditions

The law requires that an employer provide reasonable accommodation to a qualified employee or job applicant with a known limitation related to, affected by, or arising out of pregnancy, childbirth, or related medical conditions, unless doing so would cause significant difficulty or expense for the employer.

A reasonable accommodation is any change in the workplace (or in the ways things are usually done) to help a person with a known limitation apply for a job, perform a job, or enjoy the benefits and privileges of employment.

Reasonable accommodation might include, for example, allowing additional break times for the worker to rest, drink, eat, or use the restroom, allowing a worker who usually stands to perform their job to sit, telework, or leave for medical appointments or to recover from childbirth.

# Reasonable Accommodation & Religion

The law requires an employer to reasonably accommodate an employee's religious beliefs or practices, unless doing so would cause difficulty or expense for the employer. This means an employer may have to make reasonable adjustments at work that will allow the employee to practice his or her religion, such as allowing an employee to voluntarily swap shifts with a co-worker so that he or she can attend religious services.

# Training & Apprenticeship Programs

It is illegal for a training or apprenticeship program to discriminate on the bases of race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information. For example, an employer may not deny training opportunities to African-American employees because of their race.

In some situations, an employer may be allowed to set age limits for participation in an apprenticeship program.

# Harassment

It is illegal to harass an employee because of race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information.

Case 1:24-cv-00509-JMC   Document 3-3   Filed 02/23/24   Page 101 of 107

It is also illegal to harass someone because they have complained about discrimination, filed a charge of discrimination, or participated in an employment discrimination investigation or lawsuit.

Harassment can take the form of slurs, graffiti, offensive or derogatory comments, or other verbal or physical conduct. Sexual harassment (including unwelcome sexual advances, requests for sexual favors, and other conduct of a sexual nature) is also unlawful. Although the law does not prohibit simple teasing, offhand comments, or isolated incidents that are not very serious, harassment is illegal if it is so frequent or severe that it creates a hostile or offensive work environment or if it results in an adverse employment decision (such as the victim being fired or demoted).

The harasser can be the victim's supervisor, a supervisor in another area, a co-worker, or someone who is not an employee of the employer, such as a client or customer.

Harassment outside of the workplace may also be illegal if there is a link with the workplace. For example, if a supervisor harasses an employee while driving the employee to a meeting.

*Read more about **harassment (https://www.eeoc.gov/harassment)** .*

# Terms & Conditions Of Employment

The law makes it illegal for an employer to make any employment decision because of a person's race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information. That means an employer may not discriminate when it comes to such things as hiring, firing, promotions, and pay. It also means an employer may not discriminate, for example, when granting breaks, approving leave, assigning work stations, or setting any other term or condition of employment - however small.

# Pre-Employment Inquiries (General)

As a general rule, the information obtained and requested through the pre-employment process should be limited to those essential for determining if a

person is qualified for the job; whereas, information regarding race, sex, national origin, age, and religion are irrelevant in such determinations.

Employers are explicitly prohibited from making pre-offer inquiries about disability.

Although state and federal equal opportunity laws do not clearly forbid employers from making pre-employment inquiries that relate to, or disproportionately screen out members based on race, color, sex, national origin, religion, or age, such inquiries may be used as evidence of an employer's intent to discriminate unless the questions asked can be justified by some business purpose.

Therefore, inquiries about organizations, clubs, societies, and lodges of which an applicant may be a member or any other questions, which may indicate the applicant's race, sex, national origin, disability status, age, religion, color or ancestry if answered, should generally be avoided.

Similarly, employers should not ask for a photograph of an applicant. If needed for identification purposes, a photograph may be obtained after an offer of employment is made and accepted.

# Pre–Employment Inquiries and:

- **Race (https://www.eeoc.gov/pre-employment-inquiries-and-race)**

- **Height & Weight (https://www.eeoc.gov/pre-employment-inquiries-and-height-weight)**

- **Financial Information (https://www.eeoc.gov/pre-employment-inquiries-and-financial-information)**

- **Unemployed Status (https://www.eeoc.gov/pre-employment-inquiries-and-unemployed-status)**

- **Background Checks (https://www.eeoc.gov/background-checks)**

- **Religious Affiliation Or Beliefs (https://www.eeoc.gov/pre-employment-inquiries-and-religious-affiliation-or-beliefs)**

- **Citizenship (https://www.eeoc.gov/pre-employment-inquiries-and-citizenship)**

- **Marital Status, Number Of Children (https://www.eeoc.gov/pre-employment-inquiries-and-marital-status-or-number-children)**

- **Gender (https://www.eeoc.gov/pre-employment-inquiries-and-gender)**

- **Disability (https://www.eeoc.gov/pre-employment-inquiries-and-disability)**

- **Medical Questions & Examinations (https://www.eeoc.gov/pre-employment-inquiries-and-medical-questions-examinations)**

# Dress Code

In general, an employer may establish a dress code which applies to all employees or employees within certain job categories.  However, there are a few possible exceptions.

While an employer may require all workers to follow a uniform dress code even if the dress code conflicts with some workers' ethnic beliefs or practices, a dress code must not treat some employees less favorably because of their national origin.  For example, a dress code that prohibits certain kinds of ethnic dress, such as traditional African or East Indian attire, but otherwise permits casual dress would treat some employees less favorably because of their national origin.

Moreover, if the dress code conflicts with an employee's religious practices and the employee requests an accommodation, the employer must modify the dress code or permit an exception to the dress code unless doing so would result in undue hardship.

Similarly, if an employee requests an accommodation to the dress code because of his disability, the employer must modify the dress code or permit an exception to the dress code, unless doing so would result in undue hardship.

# Constructive Discharge/Forced To Resign

Discriminatory practices under the laws EEOC enforces also include constructive discharge or forcing an employee to resign by making the work environment so intolerable a reasonable person would not be able to stay.

## On This Page

- **Job Advertisements**

- **Recruitment**

- **Application & Hiring**

- **Background Checks**

- **Job Referrals**

- **Job Assignments & Promotions**

- **Pay And Benefits**

- **Discipline & Discharge**

- **Employment References**

- **Reasonable Accommodation & Disability**

- **Reasonable Accommodation & Pregnancy, Childbirth, or Related Medical Conditions**

- **Reasonable Accommodation & Religion**

- **Training & Apprenticeship Programs**

- **Harassment**

- **Terms & Conditions Of Employment**

- **Pre-Employment Inquiries**

- **Dress Code**

- **Constructive Discharge/Forced To Resign**

Case 1:24-cv-00509-JMC   Document 3-3   Filed 02/23/24   Page 105 of 107



**About the Agency - English (https://youtu.be/VUfmv-1hrKU)**

**Sobre la Agencia - Español (https://youtu.be/Jwj_t6Co758)**

**About the Agency - ASL (https://www.youtube.com/watch?v=xB6lSD1GfiI)**

# Exhibit U



**U.S. Equal Employment Opportunity Commission**

# Pre-Employment Inquiries and Race

In general, it is assumed that pre-employment requests for information will form the basis for hiring decisions. Therefore, employers should not request information that discloses or tends to disclose an applicant's race unless it has a legitimate business need for such information. If an employer legitimately needs information about its employees' or applicants' race for affirmative action purposes and/or to track applicant flow, it may obtain the necessary information and simultaneously guard against discriminatory selection by using a mechanism, such as "tear-off" sheets. This allows the employer to separate the race-related information from the information used to determine if a person is qualified for the job. Asking for race-related information on the telephone could probably never be justified.