# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ZAMANILLO *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:24-cv-00509<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice of appearance of the following counsel on behalf of Defendants:

Rachael Lynn Westmoreland
Trial Attorney (GA Bar No. 539498)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-1280
E-mail: rachael.westmoreland@usdoj.gov

Dated: February 23, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY NESTLER
Assistant Branch Director

*/s/ Rachael L. Westmoreland*
RACHAEL L. WESTMORELAND
(GA Bar No. 539498)
DOROTHY CANEVARI
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-1280
E-mail: rachael.westmoreland@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(e), I hereby certify that I am personally familiar with the Local Rules of this Court.

*/s/ Rachael L. Westmoreland*
Rachael L. Westmoreland (GA Bar No. 539498)