UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
AMERICAN ALLIANCE FOR EQUAL         )
RIGHTS,                             )
                                    )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 1:24-cv-00509
                                    )
JORGE ZAMANILLO *et al.*,           )
                                    )
        Defendants.                 )
_____ )

## NOTICE OF APPEARANCE

Please take notice of appearance of the following counsel on behalf of Defendants:

Dorothy Matilda Canevari
Trial Attorney (NY Bar No. 5989694)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 616-8040
Email: dorothy.m.canevari@usdoj.gov

Dated: February 23, 2024

                                                Respectfully submitted,

                                                BRIAN M. BOYNTON
                                                Principal Deputy Assistant Attorney General

                                                EMILY NESTLER
                                                Assistant Branch Director, Federal Programs Branch

                                                */s/ Dorothy M. Canevari*
                                                DOROTHY M. CANEVARI
                                                (NY Bar No. 5989694)
                                                RACHAEL L. WESTMORELAND
                                                Trial Attorney, Federal Programs Branch

U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 616-8040
Email: dorothy.m.canevari@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF FAMILIARITY**

Pursuant to Local Civil Rule 83.2(e), I hereby certify that I am personally familiar with the Local Rules of this Court.

*/s/ Dorothy M. Canevari*
Dorothy M. Canevari (NY Bar No. 5989694)