## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN ALLIANCE FOR EQUAL
RIGHTS,

      Plaintiff,

v.

JORGE ZAMANILLO, *et al.*,

      Defendants.

Civil Action No. 1:24-cv-00509

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, by and through their undersigned

counsel, hereby stipulate to the dismissal of this case with prejudice.

Dated: March 26, 2024

/s/ *Cameron T. Norris*
Thomas R. McCarthy
(D.D.C. No. 489651)
Cameron T. Norris
(D.D.C. No. VA083)
  *Lead Counsel*
Gilbert C. Dickey
(D.D.C. Bar No. 62954)
R. Gabriel Anderson
(TX Bar No. 24129302)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

Adam K. Mortara
(TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY NESTLER
Assistant Branch Director, Federal Programs
Branch

/s/ *Rachael L. Westmoreland*
DOROTHY M. CANEVARI
(NY Bar No. 5989694)
RACHAEL L. WESTMORELAND
(GA Bar No. 539498)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-1280
Email: rachael.westmoreland@usdoj.gov

*Counsel for Defendants*